# Exhibit D

**VOYAGER**

# Voyager Digital Purchases Oakland A's Bitcoin Suite

- First Purchase of a Ticket Offering Priced in Cryptocurrency in MLB History -
- Bitcoin Suite to be shared with Voyager's Customer Community -

CSE: VYGR
OTCQB: VYGVF
Borse Frankfurt: UCD2

NEW YORK, April 1, 2021 /CNW/ - Voyager Digital Ltd. ("Voyager" or the "Company") (CSE: VYGR) (OTCQB: VYGVF) (FRA: UCD2), a publicly-traded, licensed crypto-asset platform that provides investors with a turnkey solution to invest in and trade crypto assets has purchased a full season Oakland A's suite at the Oakland Coliseum for one Bitcoin, becoming the first purchase of a ticket offering priced in cryptocurrency in MLB.

"Voyager is proud to make history with this crypto purchase. More and more digital assets are becoming sought-after forms of payment as businesses and consumers embrace cryptocurrencies," said Steve Ehrlich, CEO and Co-founder of Voyager. "We've enjoyed a strong relationship with A's right fielder Stephen Piscotty and look forward to growing our relationship within the A's organization. Voyager intends to share the suite with our customer community in the Bay Area and beyond."

"We're eager to welcome Voyager to the Coliseum when the 2021 season starts today," said Oakland A's President Dave Kaval. "Cryptocurrency is a viable and tangible currency model, and we know other forward-thinking companies and individuals will join Voyager in using this payment for ticket purchases."

Stephen Piscotty noted, "Just like MLB and the Oakland A's, Voyager has a commitment to excellence. Voyager makes it easy for anyone to invest in different crypto assets, with zero commissions, and earn interest on Bitcoin, Ethereum, and many more."

Current state health guidelines limit general stadium seating to pods of two or four, and suites up to six guests. Suites provide an option for groups larger than four to enjoy an A's game together. All suites include six tickets, a private restroom, and Coliseum snacks. Six-person private suites for individual games are also on sale now for just $594 for select April games. For more information, visit athletics.com/suites.

Fans can purchase a full season six-person suite for one Bitcoin until April 1. The suite is priced in cryptocurrency, not U.S. dollars, meaning the final suite price may fluctuate depending on when it's purchased.

For more information on Voyager Digital, please visit https://www.investvoyager.com. The Voyager App is available for Android and iPhone.

**About Voyager Digital Ltd.**
Voyager Digital Ltd. is a crypto-asset platform that provides retail and institutional investors with a turnkey solution to trade crypto assets. Voyager offers customers best execution and safe custody on a wide choice of popular crypto-assets. Voyager was founded by established Wall Street and Silicon Valley entrepreneurs who teamed to bring a better, more transparent, and cost-efficient alternative for trading crypto-assets to the marketplace. Please visit us at https://www.investvoyager.com for more information and to review the latest Corporate Presentation.

Neither the Canadian Securities Exchange nor its Market Regulator (as that term is defined in the policies of the Canadian Securities Exchange) accepts responsibility for the adequacy or accuracy of this release. No securities regulatory authority has either approved or disapproved of the contents of this press release.

View original content to download multimedia:
http://www.prnewswire.com/news-releases/voyager-digital-purchases-oakland-as-bitcoin-suite-301260657.html

SOURCE Voyager Digital (Canada) Ltd.

View original content to download multimedia:
http://www.newswire.ca/en/releases/archive/April2021/01/c1772.html

%SEDAR: 00005648E

**For further information:** Voyager Digital Ltd. Contacts: Investor Relations: Michael Legg, (212) 547-8807, mlegg@investvoyager.com; Phil Carlson / Scott Eckstein, (212) 896-1233 / (212) 896-1210, pcarlson@kcsa.com / seckstein@kcsa.com; Media: Anthony Feldman / Raquel Cona, (617) 921-0984 / (212) 682-6300, afeldman@kcsa.com / rcona@kcsa.com; Angus Campbell, 44 7881 625098, angus@nominis.co

CO: Voyager Digital (Canada) Ltd.

CNW 08:26e 01-APR-21