# Exhibit E

**VOYAGER**

# Voyager Digital Provides Business Update and March 2021 Metrics

CSE: VYGR
OTCQB: VYGVF
Borse Frankfurt: UCD2

*- Announces AUM Over US$2.4 Billion at March-End -*
*- Announces Over 1 Million Verified Users -*
*- Key Metrics Grew in Excess of 35% from February to March -*

NEW YORK, April 6, 2021 /CNW/ - Voyager Digital Ltd. ("Voyager" or the "Company") (CSE: VYGR) (OTCQB: VYGVF) (FRA: UCD2), a publicly-traded holding company, whose subsidiaries operate a licensed crypto-asset platform that provides investors with a turnkey solution to invest in and trade crypto assets, is pleased to provide stakeholders with a business update for the month ended March 31, 2021.

The Company has the following key metrics as of March 31, 2021:

- Assets Under Management (AUM) exceeded US$2.4 billion
- Total Funded Accounts at the end of March 2021 were over 270,000
- Total Verified Users on the platform were over 1 million

Key monthly operating metrics for January through March 2021 are as follows:

|  | March 2021 | February 2021 | January 2021 |
|---|---|---|---|
| Net Deposits | $650M | $400M | $170M |
| New Funded Accounts | 95,000 | 70,000 | 65,000 |
| New Verified Users | 395,000 | 190,000 | 250,000 |
| Principal Value traded | $2.5B | $1.6B | $840M |

*All figures are preliminary and unaudited and subject to final adjustment. All amounts are in U.S. dollars, unless otherwise indicated.*

"March was another record-setting month for Voyager as our retail-focused, zero-commission platform continued to attract an active community for both Bitcoin and our industry leading offering of over 50 altcoins," said Stephen Ehrlich, Co-Founder and CEO of Voyager. "All of our significant revenue-driving metrics increased in excess of 35% during the month of March from the previous month. As demand continues to accelerate for the Voyager Platform, we are enhancing our infrastructure to meet this swiftly growing demand and accommodate anticipated future growth as we expand our suite of offerings in the coming years."

Mr. Ehrlich concluded, "Our management team is focused on the long-term opportunity to capture significant market-share within this rapidly expanding industry. The initiatives we are embarking on, such as adding new products to our platform and further geographic expansion, are designed to competitively position Voyager for long-term success. We will continue to execute on these initiatives and look forward to providing our investors another update on our next quarterly conference call."

The Company also announced that going forward, it expects to provide updates for key operating metrics on a quarterly basis. Voyager believes this is consistent with industry best practices and will more closely align with the Company's long-term focus. The Company expects to provide its next financial and operational update to investors on its next quarterly conference call, expected to occur in late May.

Voyager continues to actively engage with investors and expects to participate in the following upcoming events in April 2021:

| | | |
|---|---|---|
| 15-Apr | Global Chinese Financial Forum | Info |
| 21-Apr | Stifel Canada 2021 Cross Sector Insight Conference | Info |
| 22-Apr | SNN - Planet Microcap Showcase | Info |
| 27-Apr | H.C. Wainwright & Co. Cryptocurrency, Blockchain & FinTech Conference | Info |

Voyager remains committed to advancing its trusted, secure, and compliant platform to serve the needs of its loyal community by offering a broad selection of digital assets, with industry leading interest rates, on a simple to use app for trading and investing in cryptocurrencies. For more information and to view the latest company presentation about Voyager Digital, please visit https://www.investvoyager.com.

**About Voyager Digital Ltd.**
Voyager Digital Ltd. is a publicly traded holding company whose subsidiaries operate a crypto-asset platform that provides retail and institutional investors with a turnkey solution to trade crypto assets. The Voyager Platform provides its customers with competitive price execution through its smart order router and as well as a custody solution on a wide choice of popular crypto-assets. Voyager was founded by established Wall Street and Silicon Valley entrepreneurs who teamed to bring a better, more transparent, and cost-efficient alternative for trading crypto-assets to the marketplace. Please visit us at https://www.investvoyager.com for more information.

Neither the Canadian Securities Exchange nor its Market Regulator (as that term is defined in the policies of the Canadian Securities Exchange) accepts responsibility for the adequacy or accuracy of this release. No securities regulatory authority

has either approved or disapproved of the contents of this press release.

### Other
The links to the investor events above are provided for convenience only. Voyager makes no representation or warranty as to the content of such links or as to the suitability of such investor events for any particular investor. Voyager disclaims all responsibility and liability in respect of such investor events and the links provided herein (and the content contained therein) do not form part of this press release and do not form part of Voyager's public disclosure record.

### Forward Looking Statements
Certain information in this press release, including, but not limited to, statements regarding future growth and performance of the business, momentum in the businesses, future adoption of digital assets, and the Company's anticipated results may constitute forward looking information (collectively, forward-looking statements), which can be identified by the use of terms such as "may," "will," "should," "expect," "anticipate," "project," "estimate," "intend," "continue" or "believe" (or the negatives) or other similar variations. Forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause Voyager's actual results, performance or achievements to be materially different from any of its future results, performance or achievements expressed or implied by forward-looking statements. Moreover, we operate in a very competitive and rapidly changing environment. New risks emerge from time to time. It is not possible for our management to predict all risks, nor can we assess the impact of all factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements we may make. In light of these risks, uncertainties, and assumptions, the future events and trends discussed in this press release may not occur and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. Forward looking statements are subject to the risk that the global economy, industry, or the Company's businesses and investments do not perform as anticipated, that revenue or expenses estimates may not be met or may be materially less or more than those anticipated, that trading momentum does not continue or the demand for trading solutions declines, customer acquisition does not increase as planned, product and international expansion do not occur as planned, risks of compliance with laws and regulations that currently apply or become applicable to the business and those other risks contained in the Company's public filings, including in its Management Discussion and Analysis and its Annual Information Form (AIF). Factors that could cause actual results of the Company and its businesses to differ materially from those described in such forward-looking statements include, but are not limited to, a decline in the digital asset market or general economic conditions; changes in laws or approaches to regulation, the failure or delay in the adoption of digital assets and the blockchain ecosystem by institutions; changes in the volatility of crypto currency, changes in demand for Bitcoin and Ethereum, changes in the status or classification of cryptocurrency assets, cybersecurity breaches, a delay or failure in developing infrastructure for the trading businesses or achieving mandates and gaining traction; failure to grow assets under management, an adverse development with respect to an issuer or party to the transaction or failure to obtain a required regulatory approval. In connection with the forward-looking statements contained in this press release, the Company has made assumptions that no significant events occur outside of the Company's normal course of business and that current trends in respect of digital assets continue. Readers are cautioned that Assets Under Management and trading volumes fluctuate and may increase and decrease from time to time and that such fluctuations are beyond the Company's control. Forward-looking statements, past and present performance and trends are not guarantees of future performance, accordingly, you should not put undue reliance on forward-looking statements, current or past performance, or current or past trends. Information identifying assumptions, risks, and uncertainties relating to the Company are contained in its filings with the Canadian securities regulators available at www.sedar.com. The forward-looking statements in this press release are applicable only as of the date of this release or as of the date specified in the relevant forward-looking statement and the Company undertakes no obligation to update any forward-looking statement to reflect events or circumstances after that date or to reflect the occurrence of unanticipated events. The Company assumes no obligation to provide operational updates, except as required by law. If the Company does update one or more forward-looking statements, no inference should be drawn that it will make additional updates with respect to those or other forward-looking statements, unless required by law. Readers are cautioned that past performance is not indicative of future performance and current trends in the business and demand for digital assets may not continue and readers should not put undue reliance on past performance and current trends. All figures are in U.S. dollars unless otherwise noted.

- View original content to download multimedia:
http://www.prnewswire.com/news-releases/voyager-digital-provides-business-update-and-march-2021-metrics-301262690.html

SOURCE Voyager Digital (Canada) Ltd.

- View original content to download multimedia: http://www.newswire.ca/en/releases/archive/April2021/06/c8023.html

%SEDAR: 00005648E

**For further information:** Voyager Digital Ltd. Contacts: Investor Relations: Michael Legg, (212) 547-8807, mlegg@investvoyager.com; Phil Carlson / Scott Eckstein, (212) 896-1233 / (212) 896-1210, pcarlson@kcsa.com / seckstein@kcsa.com; Media: Anthony Feldman / Raquel Cona, (617) 921-0984 / (212) 682-6300, afeldman@kcsa.com / rcona@kcsa.com; Angus Campbell, 44 7881 625098, angus@nominis.co

CO: Voyager Digital (Canada) Ltd.

CNW 08:00e 06-APR-21