## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:21-CV-24441-CMA

Plaintiff:
**MARK CASSIDY, on behalf of himself and all others similarly situated,**

vs.

Defendant:
**VOYAGER DIGITAL LTD, and VOYAGER DIGITAL LLC**

For:
The Moskowitz Law Firm
2 Alhambra Plaza Suite 601
Coral Gables, FL 33134

Received by MAJIC CITY PROCESS SERVICE, LLC A/K/A MCPS on the 28th day of December, 2021 at 10:41 am to be served on **VOYAGER DIGITAL LLC** Registered Agent: **CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301.**

I, ERIC L. LARSON, do hereby affirm that on the **28th day of December, 2021** at **12:30 pm**, I:

served a **LIMITED LIABILITY COMPANY** by serving a **SUMMONS, CIVIL COVER SHEET, CLASS ACTION COMPLAIN JURY DEMAND** with the date and hour of service endorsed thereon by me, to **SHEENA BLACK** as **CLERK FOR RA** of **VOYAGER DIGITAL LLC**, at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with **Florida Statutes 608.463 and 48.062(1).**

**Additional Information pertaining to this Service:**
SHEENA BLACK, CLERK FOR RA, WF 30 YRS 5'4 140 LBS BROWN HAIR NO GLASSES

Under penalty of perjury, I declare that I have read the forgoing Verified return of Service and the facts stated in it are true, that I that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I also certify that the above stated facts are correct to the best of my knowledge.. Pursuant to F.S. 92.525(2), Notary not required.

**ERIC L. LARSON**
CPS #063, 2ND JUDICIAL CIRCUIT

MAJIC CITY PROCESS SERVICE, LLC A/K/A MCPS
1825 Ponce De Leon Blvd
#283
Coral Gables, FL 33134
(786) 539-7227

Our Job Serial Number: MGS-2021005068
Ref: 5068

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2d

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARK CASSIDY, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>VOYAGER DIGITAL LTD, and VOYAGER DIGITAL LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:21-cv-24441-CMA<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VOYAGER DIGITAL LLC
Registered Agent: CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Adam Moskowitz
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Service@moskowitz-law.com - Telephone: (305) 740-1423

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____12/27/2021_____



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Ketly Pierre

Deputy Clerk
U.S. District Courts