UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24441-CIV-ALTONAGA/Torres

**MARK CASSIDY**,

    Plaintiff,
v.

**VOYAGER DIGITAL LTD.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. Defendant, Voyager Digital LLC, appears to have been served. (*See* Return of Service [ECF No. 4]). To better manage the orderly progress of the case, it is

**ORDERED** that Defendant Voyager Digital LLC shall not file a response until all Defendants have been served. Once all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond. Although Voyager Digital LLC is not required to file a response to the Complaint until all Defendants have been served, Defendant's counsel shall file a notice of appearance no later than January 18, 2022, or a Clerk's default may be entered against it.

**DONE AND ORDERED** in Miami, Florida, this 4th day of January, 2022.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record