## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 1:21-CV-24441-CMA

Plaintiff:
MARK CASSIDY, on behalf of himself
and all others similarly situated,

vs.

Defendant:
VOYAGER DIGITAL LTD, and VOYAGER DIGITAL LLC

For:
The Moskowitz Law Firm
2 Alhambra Plaza Suite 601
Coral Gables, FL 33134

Received by Magic City Process Service, LLC on the 28th day of December, 2021 at 10:38 am to be served on **VOYAGER DIGITAL LTD, 33 IRVING PLAZA, SUITE 3060, NEW YORK, NY 10003**

I, Joshua Lee 2095110-Dca, do hereby affirm that on the **29th day of December, 2021** at **1:29 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS, CIVIL COVER SHEET, CLASS ACTION COMPLAIN JURY DEMAND** with the date and hour of service endorsed thereon by me, to: **Wesley (Doe)** as **FRONT DESK** for **VOYAGER DIGITAL LTD**, at the address of: **33 Irving Pl Suite # 3060, NEW YORK, NY 10003**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server. Under Penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it true. Notary Not Required (F.S. 92.525).

Joshua Lee 2095110-Dca
Process Server

Magic City Process Service, LLC
1825 PONCE DE LEON BLVD #283
CORAL GABLES, FL 33134
(786) 539-7227

Our Job Serial Number: MGS-2021005069

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARK CASSIDY, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>VOYAGER DIGITAL LTD, and VOYAGER DIGITAL LLC<br><br>*Defendant(s)* | Civil Action No. 1:21-cv-24441-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VOYAGER DIGITAL LTD
33 IRVING PLAZA, SUITE 3060
NEW YORK NY 10003

J.L 209110
12/29 1:29pm

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Adam Moskowitz
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Service@moskowitz-law.com - Telephone: (305) 740-1423

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/27/2021



Angela E. Noble
Clerk of Court

SUMMONS

s/ Ketly Pierre

Deputy Clerk
U.S. District Courts