## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-cv-24441-CMA

MARK CASSIDY, on behalf of himself
and all others similarly situated,

     Plaintiff,

v.

VOYAGER DIGITAL LTD, and VOYAGER
DIGITAL LLC,

     Defendants.

_____/

### <u>NOTICE OF APPEARANCE</u>

NOTICE IS HEREBY GIVEN that Gavin C. Gaukroger, Esq. of the law firm of Berger Singerman LLP is serving as lead counsel for Defendants, Voyager Digital Ltd. and Voyager Digital LLC, in the above-referenced matter and respectfully requests that the Court and all counsel of record take notice of this appearance and that all orders, notices, pleadings and exhibits, and other documents filed in this matter or required to be served in this case be forwarded to the undersigned as counsel, at the address set forth below.

Dated: January 18, 2022

Respectfully submitted,

BERGER SINGERMAN LLP
*Attorneys for Defendants*
201 East Las Olas Boulevard, Suite 1500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-9900

By: */s/ Gavin C. Gaukroger*
     Gavin C. Gaukroger
     Florida Bar No. 76489
     ggaukroger@bergersingerman.com
     drt@bergersingerman.com

11144086-1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By:  *s/ Gavin C Gaukroger*
Gavin C Gaukroger

11144086-1

## SERVICE LIST

Adam M. Moskowitz
adam@moskowitz-law.com
Joseph M. Kaye
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
*Co-Counsel for Plaintiffs*

Stuart Z. Grossman
szg@grossmanroth.com
Rachel W. Furst
rwf@grossmanroth.com
**GROSSMAN ROTH YAFFA COHEN, P.A.**
2525 Ponce de Leon Blvd Ste 1150
Coral Gables, FL 33134
Telephone: (305) 442-8666
*Co-Counsel for Plaintiffs*

11144086-1