## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-cv-24441-CMA

MARK CASSIDY, on behalf of himself
and all others similarly situated,

    Plaintiffs,

v.

VOYAGER DIGITAL LTD, and VOYAGER
DIGITAL LLC,

    Defendants.
_____/

## JOINT MOTION AND STIPULATION FOR
## DEFENDANTS' DATE TO RESPOND TO THE COMPLAINT

Defendants, Voyager Digital Ltd. and Voyager Digital LLC, by and through their undersigned counsel, and Plaintiff, by and through undersigned counsel, stipulate and jointly move the Court to enter an Order stating that the deadline for Defendants to respond to the Complaint (ECF No. 1) is February 25, 2022, and in support thereof state:

    1.    The Complaint in this action was filed on December 24, 2021. [ECF No. 1]

    2.    Summonses were issued to Defendants on December 27, 2021. [ECF No. 3]

    3.    Plaintiff filed a return of service asserting service was had on Defendant Voyager Digital LLC on December 28, 2021. [ECF No. 4]

    4.    On January 4, 2022, the Court entered an Order stating that Defendant Voyager Digital LLC shall not file a response until all Defendants have been served. [ECF No. 6]

    5.    On January 11, 2022, Plaintiff filed a return of service asserting that Defendant Voyager Digital Ltd. was served with the Complaint on December 29, 2021, for which the docket

reflects that the response/answer thereto is due January 19, 2022. [ECF No. 7]

6. Plaintiff's purported service on Defendant Voyager Digital Ltd. appears to have been made on a co-working space, by leaving a copy of the Complaint with an individual who is not employed by Voyager Digital Ltd.

7. To avoid disputes regarding the effectiveness of service of process, Defendants have agreed to waive service, and the parties, through counsel, have agreed and stipulated that the Defendants shall respond to the Complaint on or before February 25, 2022.

8. This joint motion and stipulation is made in good faith and not for the purposes of delay. The undersigned submit that no party will be prejudiced, and that the requested relief does not affect any other deadlines set by the Court, including the deadline set by the Order Requiring Joint Scheduling Report and Certificates of Interested Parties [ECF No. 5].

9. Accordingly, for good cause shown, the parties respectfully request the Court enter the proposed Order submitted herewith.

**Local Rule 7.1(a)(3) Certification**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Defendants certifies that he conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised by this motion and states that Plaintiff does not oppose the relief requested.

Dated: January 18, 2022                                             Respectfully submitted,

| By: *s/ Joseph M. Kaye* | /s/ *Gavin. C. Gaukroger* |
|---|---|
| Adam M. Moskowitz | |
| Florida Bar No. 984280 | Gavin C. Gaukroger |
| adam@moskowitz-law.com | Florida Bar No. 76489 |
| Joseph M. Kaye | ggaukroger@bergersingerman.com |
| Florida Bar No. 117520 | drt@bergersingerman.com |
| joseph@moskowitz-law.com | **BERGER SINGERMAN LLP** |
| **THE MOSKOWITZ LAW FIRM, PLLC** | 201 East Las Olas Boulevard, Suite 1500 |

11144916-4

| | |
|---|---|
| 2 Alhambra Plaza<br>Suite 601<br>Coral Gables, FL 33134<br>Telephone: (305) 740-1423<br><br>*Co-Counsel for Plaintiff and the Class*<br><br>Stuart Z. Grossman<br>Florida Bar No. 156113<br>szg@grossmanroth.com<br>Rachel W. Furst<br>Florida Bar No. 45155<br>rwf@grossmanroth.com<br>GROSSMAN ROTH YAFFA COHEN, P.A.<br>2525 Ponce de Leon Blvd Ste 1150<br>Coral Gables, FL 33134<br>Office: 305-442-8666<br><br>*Co-Counsel for Plaintiff and the Class* | Fort Lauderdale, Florida 33301<br>Telephone: (954) 525-9900<br><br>Kayvan B. Sadeghi<br>(*pro hac vice application forthcoming*)<br>ksadeghi@jenner.com<br>Jeremy Ershow<br>(*pro hac vice application forthcoming*)<br>jershow@jenner.com<br>JENNER & BLOCK LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2711<br>Telephone: (212) 891-1600<br>Fax: (212) 891-1699<br><br>*Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Gavin C. Gaukroger*
    Gavin C. Gaukroger

11144916-4

## SERVICE LIST

Adam M. Moskowitz
adam@moskowitz-law.com
Joseph M. Kaye
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
*Co-Counsel for Plaintiff and the Class*

Stuart Z. Grossman
szg@grossmanroth.com
Rachel W. Furst
rwf@grossmanroth.com
GROSSMAN ROTH YAFFA COHEN, P.A.
2525 Ponce de Leon Blvd Ste 1150
Coral Gables, FL 33134
Office: 305-442-8666
*Co-Counsel for Plaintiff and the Class*