UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-24441-CMA/Torres

MARK CASSIDY, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

VOYAGER DIGITAL LTD, and VOYAGER
DIGITAL LLC,

    Defendants.
_____/

**ORDER GRANTING JOINT MOTION AND STIPULATION FOR
DEFENDANTS' DATE TO RESPOND TO THE COMPLAINT**

THIS CAUSE having come before the Court on the Joint Motion and Stipulation for Defendants' Date to Respond to the Complaint (the "Motion"). The Court has considered the Motion, noting that it is unopposed, and is otherwise fully advised in the premises. Accordingly, it is hereby:

**ORDERED AND ADJUDGED:**

1. The Motion is **GRANTED**.

2. Defendants shall respond to the Complaint on or before February 25, 2022.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of January 2022.

                                                                     _____
                                                                   CECILIA M. ALTONAGA
                                                                   United States District Judge

Copies furnished to:
All Counsel of Record