UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24441-CIV-ALTONAGA/Torres

**MARK CASSIDY**,

    Plaintiff,
v.

**VOYAGER DIGITAL LTD.**, *et al.*,

    Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court on the Joint Motion and Stipulation for Defendants' Date to Respond to the Complaint [ECF No. 9]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendants shall file their combined response or separate answers to Plaintiff's Complaint by **February 25, 2022**. The deadline for compliance with the Order entered on January 4, 2022 [ECF No. 5] shall not be extended.

**DONE AND ORDERED** in Miami, Florida, this 18th day of January, 2022.

                                                             _____
                                                             **CECILIA M. ALTONAGA**
                                                             **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record