UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 21-cv-24441-CMA**

MARK CASSIDY, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

VOYAGER DIGITAL LTD, and VOYAGER
DIGITAL LLC,

    Defendants.

_____/

**MOTION TO APPEAR PRO HAC VICE,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Kayvan B. Sadeghi of the law firm of JENNER & BLOCK LLP, 1155 Avenue of the Americas, New York, New York 10036, (212) 891-1600, for purposes of appearance as co-counsel on behalf of Defendants, Voyager Digital Ltd. and Voyager Digital LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Kayvan B. Sadeghi to receive electronic filings in this case, and in support thereof states as follows:

    1.    Kayvan B. Sadeghi is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York State bar and the bars of the United States District Courts for the Southern District of New York and the Eastern District of New York, the

11144187-2

United States Bankruptcy Court for the Southern District of New York, the United States Court of Appeals for the Second Circuit, and the United States Court of Appeals for the Ninth Circuit.

2.  Movant, Gavin C. Gaukroger, of the law firm of Berger Singerman LLP, 201 East Las Olas Boulevard, Suite 1500, Fort Lauderdale, Florida 33301, (954) 525-9900, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, Kayvan B. Sadeghi has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.  Kayvan B. Sadeghi, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Kayvan B. Sadeghi at email address: KSadeghi@jenner.com.

**WHEREFORE**, Gavin C. Gaukroger, moves this Court to enter an Order allowing Kayvan B. Sadeghi, to appear before this Court on behalf of Voyager Digital Ltd. and Voyager Digital LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Kayvan B. Sadeghi.

- 3 -

Dated: January 19, 2022

Respectfully submitted,

BERGER SINGERMAN LLP
*Attorneys for Defendants*
201 East Las Olas Boulevard, Suite 1500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-9900

By: */s/ Gavin C. Gaukroger*
    Gavin C. Gaukroger
    Florida Bar No. 76489
    ggaukroger@bergersingerman.com
    drt@bergersingerman.com