UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-24441-CMA

MARK CASSIDY, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

VOYAGER DIGITAL LTD, and VOYAGER
DIGITAL LLC,

    Defendants.
_____/

## CERTIFICATION OF KAYYAN B. SADEGHI

    Kayvan B. Sadeghi, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York State bar and the bars of the United States District Courts for the Southern District of New York and the Eastern District of New York, the United States Bankruptcy Court for the Southern District of New York, the United States Court of Appeals for the Second Circuit, and the United States Court of Appeals for the Ninth Circuit; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                                     KAYYAN B. SADEGHI

11144115-1