**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-cv-24441-CMA**

MARK CASSIDY, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

VOYAGER DIGITAL LTD, and VOYAGER
DIGITAL LLC,

    Defendants.
_____/

**<u>CERTIFICATION OF JEREMY H. ERSHOW</u>**

    Jeremy H. Ershow, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York State bar, the New Jersey bar, and the bars of the United States District Courts for the Southern District of New York, the Eastern District of New York, and District of New Jersey, and the bars of the United States Courts of Appeals for the Second Circuit and Third Circuit; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                                               /s/ Jeremy H. Ershow
                                                                               JEREMY H. ERSHOW