UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-24441-CMA/Torres

MARK CASSIDY, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

VOYAGER DIGITAL LTD, and VOYAGER
DIGITAL LLC,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Sara E. Cervantes, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Sara E. Cervantes may appear and participate in this action on behalf of Voyager Digital Ltd. and Voyager Digital LLC.  The Clerk shall provide electronic notification of all electronic filings to Sara E. Cervantes at email address: SCervantes@jenner.com

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of January, 2022.

_____
CECILIA M. ALTONAGA
United States District Judge

Copies furnished to:
All Counsel of Record