UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  21-24441-CIV-ALTONAGA/Torres

MARK CASSIDY,

       Plaintiff,

v.

VOYAGER DIGITAL LTD., *et al.*,

       Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on the Motion to Appear *Pro Hac Vice* for Jeremy H. Ershow, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 12].  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  Jeremy H. Ershow may appear and participate in this action on behalf of Voyager Digital Ltd. and Voyager Digital LLC. The Clerk shall provide electronic notification of all electronic filings to Jeremy H. Ershow at email address: JErshow@jenner.com.

**DONE AND ORDERED** in Miami, Florida, this 19th day of January, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record