UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-24441-CIV-ALTONAGA

MARK CASSIDY, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

VOYAGER DIGITAL LTD, and VOYAGER
DIGITAL LLC

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Barbara C. Lewis, Esq. of The Moskowitz Law Firm, PLLC, hereby gives notice of appearance as counsel on behalf of the Plaintiff. Counsel respectfully requests that all orders, pleadings, and correspondence be served on The Moskowitz Law Firm, PLLC at the address below.

Respectfully submitted this 26th day of January 2022.

    By:  /s/ *Barbara C. Lewis*
        Barbara C. Lewis
        Florida Bar No. 118114
        barbara@moskowitz-law.com
        Adam M. Moskowitz
        Florida Bar No. 984280
        adam@moskowitz-law.com
        Joseph M. Kaye
        Florida Bar No. 117520
        joseph@moskowitz-law.com
        **THE MOSKOWITZ LAW FIRM, PLLC**
        2 Alhambra Plaza, Suite 601
        Coral Gables, FL 33134
        Telephone: (305) 740-1423

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

By:  /s/ *Barbara C. Lewis*
     Barbara C. Lewis