UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-24441-CIV-ALTONAGA/Torres

MARK CASSIDY, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

VOYAGER DIGITAL LTD., and
VOYAGER DIGITAL LLC

    Defendants.
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Court's Order dated January 5, 2022 [ECF No. 5] Defendants VOYAGER DIGITAL LTD. and VOYAGER DIGITAL LLC by and through its undersigned counsel, hereby submit their "Certificate of Interested Parties & Corporate Disclosure Statement" as follows:

**CERTIFICATE OF INTERESTED PARTIES**

1. Voyager Digital Ltd. ("Voyager"), Defendant;
2. Voyager Digital LLC ("VDL"), Defendant;
3. Gavin C. Gaukroger, Esq., Counsel for Voyager and VDL;
4. Berger Singerman LLP, Counsel for Voyager and VDL;
5. Kayvan B. Sadeghi, Esq., Counsel for Voyager and VDL;
6. Jeremy H. Ershow, Esq., Counsel for Voyager and VDL;
7. Sara E. Cervantes, Esq., Counsel for Voyager and VDL;
8. Jenner & Block LLP, Counsel for Voyager and VDL;
9. Mark Cassidy, Plaintiff;

10. Adam M. Moskowitz, Esq., Counsel for Plaintiff;

11. Joseph M. Kaye, Esq., Counsel for Plaintiff;

12. Barbara Cabrera Lewis, Esq., Counsel for Plaintiff;

13. Barbara Cabrera Lewis, Esq., Counsel for Plaintiff;

14. The Moskowitz Law Firm, PLLC, Counsel for Plaintiff;

15. Stuart Z. Grossman, Esq., Counsel for Plaintiff;

16. Rachel W. Furst, Esq., Counsel for Plaintiff; and

17. Grossman Roth Yaffa Cohen, P.A., Counsel for Plaintiff.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendants state VOYAGER DIGITAL LLC has no parent corporation and that no publicly held corporation owns 10% or more of its stock and that VOYAGER DIGITAL LLC is the ultimate parent of VOYAGER DIGITAL LTD. The parent of VOYAGER DIGITAL LTD. is not a publicly traded company and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

By: /s/ Gavin C. Gaukroger
Gavin C. Gaukroger
Florida Bar No. 76489
ggaukroger@bergersingerman.com
**BERGER SINGERMAN LLP**
201 East Las Olas Boulevard, Suite 1500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-9900

Kayvan B. Sadeghi (*admitted pro hac vice*)
ksadeghi@jenner.com
Jeremy Ershow (*admitted pro hac vice*)
jershow@jenner.com
Sara E. Cervantes (*admitted pro hac vice*)
scervantes@jenner.com
**JENNER & BLOCK LLP**

1155 Avenue of the Americas
New York, NY 10036-2711
Telephone: (212) 891-1600
*Counsel for Defendants*