UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24441-CIV-ALTONAGA/Torres

**MARK CASSIDY**,

    Plaintiff,

v.

**VOYAGER DIGITAL LTD.**, *et al.*,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On January 4, 2022, the Court entered an Order [ECF No. 5] requiring the parties to prepare and file a joint scheduling report, certificates of interested parties, and corporate disclosure statements by January 28, 2022. To date, Plaintiff has not filed a certificate of interested parties or requested an extension of time to do so. Accordingly, it is

**ORDERED** that Plaintiff shall comply with the January 4, 2022 Order **[ECF No. 5]** by **February 2, 2022**, failing which the case will be dismissed without prejudice and without further notice. Furthermore, in his written submission, Plaintiff shall explain why he failed to comply with the January 4, 2022 Order, necessitating this second Order.

**DONE AND ORDERED** in Miami, Florida, this 31st day of January, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record