UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-24441-CIV-ALTONAGA/Torres

MARK CASSIDY, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

VOYAGER DIGITAL LTD, and
VOYAGER DIGITAL LLC

    Defendants.

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to this Court's January 4, 2022 Order Requiring Scheduling Report and Certificates of Interested Parties [ECF No. 5] Plaintiff, Mark Cassidy, hereby discloses the following list of known persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party in this case:

1. Mark Cassidy, Plaintiff
2. Putative Class Members:

    **(1) Nationwide Class:** All persons in the United States who, within the applicable limitations period, used the Voyager Defendants' trading platform to place cryptocurrency investment orders.

    **(2) Florida Subclass:** All persons in the state of Florida who, within the applicable limitations period, used the Voyager Defendants' trading platform to place cryptocurrency investment orders.

    Excluded from the Classes are the Voyager Defendants and their officers, directors, affiliates, legal representatives, and employees, any governmental entities, any

  judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staff.

3. The Moskowitz Law Firm, Counsel for Plaintiff
   a. Adam M. Moskowitz
   b. Joseph M. Kaye
   c. Barbara C. Lewis
4. Grossman Roth Yaffa Cohen, P.A., Counsel for Plaintiff
   a. Stuart Z. Grossman
   b. Rachel W. Furst
5. Voyager Digital, LLC, Defendant
6. Voyager Digital, LTD, Defendant
7. Berger Singerman, LLP, Counsel for Defendants
   a. Gavin C. Gaukroger
8. Jenner & Block, LLP, Counsel for Defendants
   a. Kayvan B. Sadeghi
   b. Jeremy Ershow
   c. Sara E. Cervantes

  I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: January 31, 2022

          Respectfully submitted,

          By: _s/ Adam M. Moskowitz_
          Adam M. Moskowitz
          Florida Bar No. 984280
          adam@moskowitz-law.com
          Joseph M. Kaye
          Florida Bar No. 117520
          joseph@moskowitz-law.com
          Barbara C. Lewis
          barbara@moskowitz-law.com
          Florida Bar No. 118114
          **THE MOSKOWITZ LAW FIRM, PLLC**
          2 Alhambra Plaza
          Suite 601

        Coral Gables, FL 33134
        Telephone: (305) 740-1423
        *Co-Counsel for Plaintiff and the Class*

        By: */s/Stuart Z. Grossman*
        Stuart Z. Grossman
        Florida Bar No. 156113
        szg@grossmanroth.com
        Rachel W. Furst
        Florida Bar No. 45155
        rwf@grossmanroth.com
        GROSSMAN ROTH YAFFA COHEN, P.A.
        2525 Ponce de Leon Blvd Ste 1150
        Coral Gables, FL 33134
        Office: 305-442-8666

        *Co-Counsel for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the forgoing was filed on January 31, 2022, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

        By: */s/ Adam M. Moskowitz*
           ADAM M. MOSKOWITZ
           Florida Bar No. 984280