## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 21-24441-CIV-ALTONAGA/Torres

MARK CASSIDY, on behalf of himself
and others similarly situated,

      Plaintiff,

v.

VOYAGER DIGITAL LTD, and
VOYAGER DIGITAL LLC

      Defendants.

_____/

### PLAINTIFF'S RESPONSE TO THE COURT'S
### JANUARY 31, 2022 ORDER TO SHOW CAUSE [ECF NO. 21]

In response to the Court's January 31, 2022 order for Plaintiff to show cause why he did not file a certificate of interested parties by the January 28, 2022 deadline, Plaintiff respectfully states that such failure was inadvertent and was due to both a calendaring error and the absence of certain staff and counsel who were temporarily unavailable for medical reasons. Plaintiff has filed the certificate of interested persons concurrently with filing this response to the Court's order to show cause and respectfully submits that the Court will not need to address this issue again going forward in this case.

Dated: January 31, 2022

      Respectfully submitted,

      By: *s/ Adam M. Moskowitz*
      Adam M. Moskowitz
      Florida Bar No. 984280
      adam@moskowitz-law.com
      Joseph M. Kaye
      Florida Bar No. 117520
      joseph@moskowitz-law.com
      Barbara C. Lewis
      barbara@moskowitz-law.com
      Florida Bar No. 118114
      **THE MOSKOWITZ LAW FIRM, PLLC**
      2 Alhambra Plaza

Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
*Co-Counsel for Plaintiff and the Class*

By: */s/Stuart Z. Grossman*
Stuart Z. Grossman
Florida Bar No. 156113
szg@grossmanroth.com
Rachel W. Furst
Florida Bar No. 45155
rwf@grossmanroth.com
GROSSMAN ROTH YAFFA COHEN, P.A.
2525 Ponce de Leon Blvd Ste 1150
Coral Gables, FL 33134
Office: 305-442-8666

*Co-Counsel for Plaintiff and the Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the forgoing was filed on January 31, 2022, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ
Florida Bar No. 984280