UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-24441-CMA/Torres

MARK CASSIDY, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

VOYAGER DIGITAL LTD, and VOYAGER
DIGITAL LLC,

    Defendants.
_____/

**ORDER GRANTING EXPEDITED MOTION TO STAY DISCOVERY
PENDING RESOLUTION OF DEFENDANTS' MOTION TO
COMPEL ARBITRATION AND TO DISMISS THE COMPLAINT**

**THIS CAUSE** having come before the Court on the Expedited Motion to Stay Discovery Pending Resolution of Defendants' Motion to Compel Arbitration and to Dismiss the Complaint (the "Motion"), and the Court having reviewed the Court file and otherwise being fully informed in the premises, it is hereby:

**ORDERED and ADJUDGED** that:

1.     The Motion is **GRANTED**.

2.     Discovery in this case is stayed pending the entry of an order on Defendants' Motion to Compel Arbitration and to Dismiss the Complaint (ECF No. 28).

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of February, 2022.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

Copies furnished to:
All Counsel of Record