UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24441-CIV-ALTONAGA/Torres

**MARK CASSIDY**,

    Plaintiff,

v.

**VOYAGER DIGITAL LTD.**, *et al.*,

    Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court on Defendants' Expedited Motion to Stay Discovery Pending Resolution of Defendants' Motion to Compel Arbitration and to Dismiss the Complaint [ECF No. 29], filed on February 17, 2022. In a separate Motion [ECF No. 28], Defendants argue the Court lacks personal jurisdiction over the parties and must compel arbitration. (*See id.* 1). Defendants request the Court stay discovery until the Court determines the arbitration and jurisdictional issues. (*See* Mot. 1). Accordingly, it is

**ORDERED** that Plaintiffs shall file an expedited response to the Expedited Motion to Stay Discovery Pending Resolution of Defendants' Motion to Compel Arbitration and to Dismiss the Complaint **[ECF No. 29]** by **February 23, 2022**. Defendants will have until **February 24, 2022** to file a reply memorandum.

**DONE AND ORDERED** in Miami, Florida, this 18th day of February, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record