UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-24441-CIV-ALTONAGA/Torres

MARK CASSIDY, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

VOYAGER DIGITAL LTD, and
VOYAGER DIGITAL LLC

    Defendants.
_____/

## JOINT NOTICE OF SELECTION OF MEDIATOR

Plaintiff, Mark Cassidy ("Plaintiff"), and Defendants, VOYAGER DIGITAL LTD ("Voyager") and VOYAGER DIGITAL LLC ("VDL") (Defendants together with Plaintiff, the "Parties"), jointly inform the Court that, in accordance with the Court's Order Setting Trial and Pre-Trial Schedule and Requiring Mediation [ECF No. 20], the Parties have agreed to select Harry R. Schafer, Esq., to mediate this action on September 15, 2022, at 10:00am EST, via Zoom videoconference. A proposed order accompanies this notice as **Exhibit A**.

Dated: February 22, 2022

By: */s/Adam M. Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
Barbara C. Lewis
Florida Bar No. 118114
barbara@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
*Co-Counsel for Plaintiff and the Class*

By: */s/Gavin C. Gaukroger*
Gavin C. Gaukroger
Florida Bar No. 76489
ggaukroger@bergersingerman.com
drt@bergersingerman.com
**BERGER SINGERMAN LLP**
201 East Las Olas Boulevard, Suite 1500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-9900
*Counsel for Defendants*

| | |
|---|---|
| By: */s/Stuart Z. Grossman*<br>Stuart Z. Grossman<br>Florida Bar No. 156113<br>szg@grossmanroth.com<br>Rachel W. Furst<br>Florida Bar No. 45155<br>rwf@grossmanroth.com<br>**GROSSMAN ROTH YAFFA COHEN, P.A.**<br>2525 Ponce de Leon Blvd Ste 1150<br>Coral Gables, FL 33134<br>Office: 305-442-8666<br><br>*Co-Counsel for Plaintiff and the Class* | Kayvan B. Sadeghi<br>(*admitted pro hac vice*)<br>ksadeghi@jenner.com<br>Jeremy Ershow<br>(*admitted pro hac vice*)<br>jershow@jenner.com<br>Sara E. Cervantes<br>(*admitted pro hac vice*)<br>scervantes@jenner.com<br>**JENNER & BLOCK LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036-2711<br>Telephone: (212) 891-1600<br>Fax: (212) 891-1699<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was filed on February 22, 2022, with the Court via the CM/ECF system, which will send notification of such filing to all attorneys of record.

By: *s/ Adam M. Moskowitz*
Adam M. Moskowitz