# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-24441-CIV-ALTONAGA/Torres

MARK CASSIDY, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

VOYAGER DIGITAL LTD, and
VOYAGER DIGITAL LLC

    Defendants.
_____/

**[PROPOSED] ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Harry R. Schafer, Esq., on Thursday, September 15, 2022, at 10:00am EST, via Zoom videoconference.

DONE AND ORDERED in Miami, Florida, this ___ of February, 2022.

                                                               _____
                                                                **CECILIA M. ALTONAGA**
                                                                **CHIEF UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of record