# Exhibit A

| | |
|---|---|
| **From:** | Sadeghi, Kayvan B. |
| **To:** | Joseph Kaye; Gavin Gaukroger; Rejane Passos |
| **Cc:** | Adam Moskowitz; Stuart Grossman; Rachel W. Furst; Ershow, Jeremy H.; Cervantes, Sara E.; Barbara C. Lewis |
| **Subject:** | RE: Mediation dates - 21-24441-CIV-ALTONAGA/Torres - Mark Cassidy v. Voyager Digital LTD, et al. |
| **Date:** | Tuesday, March 1, 2022 12:43:21 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png |

Hi Joseph,

In light of the upcoming hearing and discovery deadlines imposed by the discovery you sought, the nature of that discovery, and the other deadlines in the case, we cannot agree to the sort of extension you are proposing. However, as a professional courtesy, we would be willing to extend your deadline to respond to the motion to compel and dismiss to Monday, March 7, 2022.

If you intend to proceed with your broader request, you can include in your rule 7.1 statement that we conferred and do not consent to that request, but please also include that we did consent to an extension of your deadline to March 7.

Regards,
Kayvan

---

**From:** Joseph Kaye <joseph@moskowitz-law.com>
**Sent:** Monday, February 28, 2022 8:20 PM
**To:** Gavin Gaukroger <ggaukroger@bergersingerman.com>; Rejane Passos <rejane@moskowitz-law.com>; Sadeghi, Kayvan B. <KSadeghi@jenner.com>
**Cc:** Adam Moskowitz <Adam@moskowitz-law.com>; Stuart Grossman <SZG@grossmanroth.com>; Rachel W. Furst <RWF@grossmanroth.com>; Ershow, Jeremy H. <JErshow@jenner.com>; Cervantes, Sara E. <SCervantes@jenner.com>; Barbara C. Lewis <barbara@moskowitz-law.com>
**Subject:** RE: Mediation dates - 21-24441-CIV-ALTONAGA/Torres - Mark Cassidy v. Voyager Digital LTD, et al.

External Email – Exercise Caution

Hey Gavin and Kayvan,

While waiting for the Court to rule on the pending motion to stay, we are going to move for a brief extension of the deadline to respond to the motion to compel arbitration.

We are going to be seeking an extension until either (a) 2 weeks after we take the corporate representative deposition, or, alternatively, (b) 2 weeks from the current deadline of March 3 to extend until Thursday, March 17.

We understand your position regarding discovery as set forth in the motion to stay, however, please confirm for us that you do not oppose either request (with request (a) contingent on the Court's ruling our way on the motion to stay, request (b) contingent on it going your way).

We are going to file tomorrow by 2:00pm, so please let us know your position before then. Thanks, and have a good night.

Best,

Joseph M. Kaye
**The Moskowitz Law Firm, PLLC**
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134
Office: (305) 740-1423
Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.

---

**From:** Gavin Gaukroger
**Sent:** Tuesday, February 22, 2022 4:26 PM
**To:** Joseph Kaye; Rejane Passos; Sadeghi, Kayvan B.
**Cc:** Adam Moskowitz; Stuart Grossman; Rachel W. Furst; Ershow, Jeremy H.; Cervantes, Sara E.; Barbara C. Lewis
**Subject:** RE: Mediation dates - 21-24441-CIV-ALTONAGA/Torres - Mark Cassidy v. Voyager Digital LTD, et al.

Thank you, Joey. For the Defendants' counsel signature block, you can just use my /s/ signature for Defendants.



**Gavin Gaukroger**
D: (954)712-5156 | M: (561)931-9065
bergersingerman.com

---

**From:** Joseph Kaye <joseph@moskowitz-law.com>
**Sent:** Tuesday, February 22, 2022 4:22 PM
**To:** Gavin Gaukroger <ggaukroger@bergersingerman.com>; Rejane Passos <rejane@moskowitz-law.com>; Sadeghi, Kayvan B. <KSadeghi@jenner.com>
**Cc:** Adam Moskowitz <Adam@moskowitz-law.com>; Stuart Grossman <SZG@grossmanroth.com>; Rachel W. Furst <RWF@grossmanroth.com>; Ershow, Jeremy H. <JErshow@jenner.com>; Cervantes, Sara E. <SCervantes@jenner.com>; Barbara C. Lewis <barbara@moskowitz-law.com>
**Subject:** RE: Mediation dates - 21-24441-CIV-ALTONAGA/Torres - Mark Cassidy v. Voyager Digital LTD, et al.

[External E-mail]

We will secure the 15th and file, thanks Gavin.