# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-24441-CIV-ALTONAGA/Torres

MARK CASSIDY, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

VOYAGER DIGITAL LTD, and
VOYAGER DIGITAL LLC

    Defendants.

_____/

## [PROPOSED] ORDER GRANTING PLAINTIFF'S EXPEDITED MOTION FOR EXTENTION OF TIME TO RESPONSE TO DEFENDANTS' MOTION TO COMPEL ARBITRATION

THIS CAUSE came before the Court upon Plaintiff's Expedited Motion for Extension of Time to Respond to Defendants' Motion to Compel Arbitration (the "Motion") (ECF No. ___). Having considered the documents submitted by the parties, the argument of counsel, and the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

The Motion is **GRANTED**. Plaintiff shall file his response to Defendants' Motion to Compel Arbitration (ECF No. 28) on or before 2 (two) weeks following the date Plaintiffs take the limited deposition of Defendants' corporate representative(s) on arbitration and personal jurisdiction issues.

DONE AND ORDERED in Miami, Florida, this ___ of March, 2022.

                                                       _____
                                                       **CECILIA M. ALTONAGA**
                                                       **CHIEF UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of record