UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-24441-CIV-ALTONAGA/Torres

MARK CASSIDY, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

VOYAGER DIGITAL LTD, and
VOYAGER DIGITAL LLC

    Defendants.
_____/

## JOINT MOTION FOR BRIEF EXTENSION OF DEADLINES IN THE COURT'S MARCH 3, 2022 ORDER [ECF NO. 36] TO COMPLETE DISCOVERY

Plaintiff, Mark Cassidy ("Plaintiff"), and Defendants, VOYAGER DIGITAL LTD ("Voyager") and VOYAGER DIGITAL LLC ("VDL") (Defendants together with Plaintiff, the "Parties"), respectfully move the Court to enter an order granting a brief two-week extension of the remaining deadlines for the parties to conduct jurisdictional and arbitration-related discovery as embodied in the Court's March 3, 2022 Order [ECF No. 36] (the "Order"). In support thereof, Plaintiff states:

1. On March 7, 2022, Plaintiff propounded requests for production and interrogatories to Defendants, noticed their corporate representative depositions on April 4, 2022, and noticed for April 5, 2022 a brief, two-hour deposition of Voyager Digital Ltd's Chief Communications Officer, Michael Legg. *See* **Exhibit A**.

2. On March 15th, Plaintiff conferred via Zoom videoconference with Defendants regarding the Discovery Requests in advance of the March 17th deadline for their objections.

3. On March 17th, Defendants served their Objections, and object to the noticed deposition of Michael Legg. *See* **Exhibit B**.

4. On March 21, 2022, Plaintiff timely sought to schedule a discovery hearing on these issues before Magistrate Judge Torres and was advised the earliest available date for the discovery hearing is April 7, 2022.

5. The Parties are available on April 7th for the hearing and have advised Magistrate Judge Torres accordingly. The Court thereafter entered a notice of hearing setting the discovery hearing for April 7, 2022, at 2:30pm. [ECF No. 38].

6. Plaintiff is diligently working to comply with the Court's Order [ECF No. 36], but requires additional time to complete his discovery, analysis, and research, to determine whether to amend the complaint, and to draft and file the amended complaint.

7. Further, the Parties are continuing their efforts to meet and confer on the Objections in advance of the April 7, 2022, discovery hearing.

8. For the foregoing reasons, the Parties respectfully request that the Court enter an order extending the deadline for Defendants to produce non-objectionable documents on or before Monday, March 28, 2022, extending the deadline for Defendants to provide written responses to the Discovery Requests to Thursday, March 31, 2022, and extending by two weeks the remaining deadlines in its Order. A proposed order is attached for the Court's consideration as **Exhibit C**.

9. In light of the foregoing, good cause exists for an extension of time.

10. This Motion is made in good faith and not for the purposes of unnecessary delay.

11. Counsel for the Parties certify, pursuant to Local Rule 7.1(a)(3), that they have conferred in a good faith effort to resolve the issues raised in this motion and advise they jointly request this relief.

**WHEREFORE**, the Parties respectfully request that the Court grant this Joint Motion and enter the proposed order attached as **Exhibit C**, or in such other form as the Court deems appropriate, together with such other and further relief as the Court deems just, equitable, and proper.


Dated: March 22, 2022

| | |
|---|---|
| By: */s/Adam M. Moskowitz*<br>Adam M. Moskowitz<br>Florida Bar No. 984280<br>adam@moskowitz-law.com<br>Joseph M. Kaye<br>Florida Bar No. 117520<br>joseph@moskowitz-law.com<br>Barbara C. Lewis<br>Florida Bar No. 118114<br>barbara@moskowitz-law.com<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>2 Alhambra Plaza<br>Suite 601<br>Coral Gables, FL 33134<br>Telephone: (305) 740-1423<br><br>*Co-Counsel for Plaintiff and the Class*<br><br><br>By: */s/Stuart Z. Grossman*<br>Stuart Z. Grossman<br>Florida Bar No. 156113<br>szg@grossmanroth.com<br>Rachel W. Furst<br>Florida Bar No. 45155<br>rwf@grossmanroth.com<br>GROSSMAN ROTH YAFFA COHEN, P.A.<br>2525 Ponce de Leon Blvd Ste 1150<br>Coral Gables, FL 33134<br>Office: 305-442-8666<br><br>*Co-Counsel for Plaintiff and the Class* | By: /s/*Gavin C. Gaukroger*<br>Gavin C. Gaukroger<br>Florida Bar No. 76489<br>ggaukroger@bergersingerman.com<br>drt@bergersingerman.com<br>**BERGER SINGERMAN LLP**<br>201 East Las Olas Boulevard, Suite 1500<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 525-9900<br><br>Kayvan B. Sadeghi<br>(*admitted pro hac vice*)<br>ksadeghi@jenner.com<br>Jeremy Ershow<br>(*admitted pro hac vice*)<br>jershow@jenner.com<br>Sara E. Cervantes<br>(*admitted pro hac vice*)<br>scervantes@jenner.com<br>JENNER & BLOCK LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2711<br>Telephone: (212) 891-1600<br>Fax: (212) 891-1699<br><br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the forgoing was filed on March 22, 2022, with the Court via the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                                     By:  *s/ Adam M. Moskowitz*
                                                                       ADAM M. MOSKOWITZ