# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-24441-CIV-ALTONAGA/Torres

MARK CASSIDY, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

VOYAGER DIGITAL LTD, and
VOYAGER DIGITAL LLC

    Defendants.
_____/

## [PROPOSED] ORDER GRANTING
## JOINT MOTION FOR BRIEF EXTENSION OF DEADLINES IN
## THE COURT'S MARCH 3, 2022 ORDER [ECF NO. 36] TO COMPLETE DISCOVERY

THIS CAUSE came before the Court upon the Parties' Joint Motion for Brief Extension of Deadlines in the Court's March 3, 2022 Order [ECF No. 36] to Complete Discovery, [ECF No. __]. Having considered the documents submitted by the parties and the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion is **GRANTED**. The Court's March 3, 2022 Order [ECF No. 36] is hereby **AMENDED AS FOLLOWS:**

   a. Defendants shall produce documents responsive to Plaintiff's jurisdictional and arbitration-related discovery requests to which they have no objection by **March 28, 2022**.

   b. Defendants shall respond to written jurisdictional discovery requests by **March 31, 2022**.

   c. The parties shall complete jurisdictional discovery, including depositions, by **April 28, 2022**.

   d. Plaintiff has until **April 28, 2022** to file his first amended complaint or file a notice stating that he intends to proceed with the Complaint [ECF No. 1].

  e. Defendants have until **April 30, 2022** to file a notice indicating they will not be challenging personal jurisdiction or seeking to compel arbitration, or until **May 8, 2022** to renew their motion to compel arbitration and dismiss for lack of personal jurisdiction. The response and reply memoranda are due within the times permitted by the Rules. No extensions of time will be given.

  f. The remainder of the Court's March 3, 2022 Order [ECF No. 36] remains in full force and effect.

  DONE AND ORDERED in Miami, Florida, this ___ of March, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of record