UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24441-CIV-ALTONAGA/Torres

**MARK CASSIDY**,

      Plaintiff,

v.

**VOYAGER DIGITAL LTD.**, *et al.*,

      Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Brief Extension of Deadlines in the Court's March 3, 2022 Order to Complete Discovery [ECF No. 39], filed on March 22, 2022. Being fully advised, it is

**ORDERED AND AJUDGED** that the parties' Joint Motion for Brief Extension of Deadlines in the Court's March 3, 2022 Order to Complete Discovery **[ECF No. 39]** is **GRANTED**. The March 3, 2022 Order **[ECF No. 36]** is amended as follows:

1. Defendants shall produce documents responsive to Plaintiff's jurisdictional and arbitration-related discovery requests to which they have no objection by **March 28, 2022.**

2. Defendants shall respond to written jurisdictional discovery requests by **March 31, 2022.**

3. The parties shall complete jurisdictional discovery, including depositions, by **April 28, 2022.**

4. Plaintiff has until **April 28, 2022** to file his first amended complaint or file a notice stating that he intends to proceed with the Complaint [ECF No. 1].

5. Defendants have until **April 30, 2022** to file a notice indicating they will not be challenging personal jurisdiction or seeking to compel arbitration, or until May 8, 2022 to renew their motion to compel arbitration and dismiss for lack of personal jurisdiction. The response and reply memoranda are due within the times permitted by the Rules. No extensions of time will be given.

CASE NO. 21-24441-CIV-ALTONAGA/Torres

6. The remainder of the March 3, 2022 Order **[ECF No. 36]** remains in full force and effect.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of March, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record