# Exhibit D

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-24441-CIV-ALTONAGA/Torres

MARK CASSIDY, on behalf of
himself and others similarly
situated,

        Plaintiff,

v.

VOYAGER DIGITAL LTD, and
VOYAGER DIGITAL LLC

        Defendants.
_____/

Remote Proceeding
April 20, 2022
3:04 p.m. - 4:03 p.m.

VIDEO DEPOSITION OF MICHAEL LEGG

   Taken before SUZANNE VITALE, R.P.R., F.P.R.
and Notary Public for the State of Florida at Large,
pursuant to Notice of Taking Deposition filed in the
above cause.

Page 15

1 August 2020.  And it was never communicated to me
2 when the official date of my seizing to be an
3 executive of the company was.
4     Q.   Are you no longer a corporate officer at
5 Voyager?
6     A.   I am no longer a corporate officer at
7 Voyager.
8     Q.   When you were conducting calls to
9 shareholders or giving out information about
10 Voyager, were you always doing that as the CCO?
11     A.   No.
12     Q.   What capacity were you doing it in?
13     A.   The head of IR.
14     Q.   IR means investor relations?
15     A.   Yes.
16     Q.   Were you filling both the investor
17 relations job and the CCO job?
18     A.   Again, you have to tell me the time
19 periods.  There were transitions involved and you're
20 just stating it as one blank period.
21     Q.   During the time that you were at Voyager,
22 were you ever involved in investor relations?
23     A.   Yes.
24     Q.   During what time period, please?
25     A.   The entire time period.

Page 17

1    Q.   Prior to submitting or publishing
2  information about the company, would you clear it
3  with Mr. Ehrlich?
4    A.   What do you mean publish it?
5    Q.   Did you put out papers or conduct -- let's
6  deal with papers first.
7         Did you put out any paperwork discussing
8  the company itself and its operation?
9         MR. SADEGHI:  Objection.
10 BY MR. KAYE:
11   Q.   Did you ever publish it?
12   A.   Please define publishing.
13   Q.   Please define the word publishing?
14   A.   Yes.
15   Q.   It means to print and circulate.
16   A.   Circulate to who?
17   Q.   To anyone on earth.
18   A.   Okay.  Well, then every e-mail I did was
19 published.
20   Q.   Published as a matter of public record?
21   A.   No, I was asking you that.  You did not
22 say that previously.
23   Q.   Published to shareholders?
24   A.   You're talking press releases?
25   Q.   Yes, let's take those.

Page 18

1       A.    Okay, yes.
2       Q.    When you published press releases, were
3   you doing so in your CCO capacity?
4       A.    For the time period I believe I was CCO,
5   yes.
6       Q.    Thank you.
7             And did you clear those press releases
8   with CEO Ehrlich?
9       A.    Every one of them.
10      Q.    Did you endeavor to make certain that they
11  were truthful?
12      A.    A hundred percent.
13      Q.    I'd like to talk to you, if we can, about
14  some quotes from the second quarter 2021 that --
15      A.    Can you please clarify that second quarter
16  as being physical or calendar?
17      Q.    Let me show it to you.
18            MR. GROSSMAN:  Would you mind referring to
19        Exhibit Number 4, please, Joe?
20            MR. KAYE:  We'll mark it as 2.  It's
21        fiscal year.
22            (Thereupon, the referred-to document was
23  marked for Identification as Plaintiff's Exhibit 2.)
24            MR. SADEGHI:  I'm sorry.  Did you say
25        you're marking this as 2?

```
 1    platform.
 2         Q.   Well, would you mind telling me how do you
 3    incentivize them in the program?  What does it mean
 4    to incentivize them?
 5         A.   In what program?  Are you talking about --
 6    again --
 7         Q.   I'm reading these words with you and I'm
 8    following up on what you just said.
 9         A.   You're asking me to explain the words of
10    someone else and what they were thinking.  I
11    understand what I believe they're saying but you're
12    asking me --
13         Q.   That's all I'm asking you.  Tell me what
14    you believe it means.  What do you believe it means?
15    You were there and incentivized them in the program
16    and --
17         A.   I told you what I believe it means.  It
18    means to let them know about all the benefits of
19    being on the Voyager platform.
20         Q.   Okay.  When this male speaker says "And we
21    haven't used up all our tricks, yeah, I've got a few
22    still up my sleeve that we're ready to unveil over
23    the next 60 to 90 days," do you know what that
24    refers to, please?
25              MR. SADEGHI:  Object to the form.
```

1             Did you ever read the lawsuit itself?  Was
2    it placed on your desk or wherever it was you worked
3    and said read this?
4             MR. SADEGHI:  Objection to form.
5             THE WITNESS:  First of all, it says
6        alleging secret trading fees.  It does not say
7        there were secret trading fees.  So let's be
8        honest here and phrase things right in the
9        question.
10            Second -- what was the second part of your
11       question, please?  I forgot it.
12   BY MR. GROSSMAN:
13        Q.   I'm not talking about what Bloomberg said.
14   I'm talking about what you said.
15            Did you ever read the lawsuit -- as you
16   sit here today, have you read it and plowed through
17   the exhibits?
18        A.   I am not a lawyer.  I did my job as a
19   traditional analyst would have, and I read something
20   online that gave me a summary of the case that
21   looked like it was a legal document.  I believe it
22   was somewhere in the 20-page range that I read.
23        Q.   And when did you conclude as a nonlawyer,
24   the allegations were not -- were without any merit
25   whatsoever and you wrote that in an e-mail to

Page 39

1  Bloomberg?
2           MR. SADEGHI:  Objection to form.
3           THE WITNESS:  When did I conclude that?
4  BY MR. GROSSMAN:
5      Q.   Yeah.
6      A.   After I did my personal -- after I did my
7  analysis.
8      Q.   Your analysis was what?  You told me you
9  never read the lawsuit and the exhibits attached to
10 it.
11     A.   No.  I told you I read what I needed to
12 understand what the lawsuit was alleging.
13     Q.   Do you know who Richard Sanders is?
14     A.   No.
15     Q.   Do you know who Steven Castille is?
16     A.   No.
17     Q.   Do you recall receiving an e-mail from a
18 journalist named Michael Mora about your comments?
19     A.   I don't recall.
20     Q.   Would you mind displaying to our witness
21 what we had marked as 7?
22          MR. KAYE:  Now Exhibit 5.
23          (Thereupon, the referred-to document was
24 marked for Identification as Plaintiff's Exhibit 5.)
25 BY MR. GROSSMAN: