Case 1:21-cv-24441-CMA   Document 46-16   Entered on FLSD Docket 04/28/2022   Page 1 of 6

# Exhibit P

Page 1

1           IN THE UNITED STATES DISTRICT COURT
2              SOUTHERN DISTRICT OF FLORIDA
3            CASE NO: 21-4441-CIV-ALTONAGA/Torres
4    MARK CASSIDY, on behalf of himself
     and others similarly situated,
5
            Plaintiff,
6    vs.
7    VOYAGER DIGITAL LTD, and VOYAGER
     DIGITAL LLC,
8
            Defendants.
9    ****************************************************
10   VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF:
11                              BRIAN NISTLER
12   DATE TAKEN:                April 19, 2022
13   TIME:                      10:00 a.m. to 5:40 p.m.
14   PLACE:                     Via Zoom
15   TAKEN BEFORE:              JERI DRUM, COURT REPORTER
                                AND NOTARY PUBLIC
16   ****************************************************
17
18
19
20
21
22
23
24
25

```
 1          A    Yes.
 2          Q    And so you are saying here under oath that
 3    you agree with your counsel that the name of the
 4    entity that you just referenced in your testimony is
 5    an attorney/client privileged communication?
 6          A    Yes.
 7          Q    Who is HTC Trading, Incorporated?
 8          A    It is a subsidiary of Voyager Digital LTD.
 9          Q    And what does HTC Trading, Incorporated
10    do?
11          A    Currently it has no operations.
12          Q    What do you mean by currently?
13          A    It has had no operations while I have been
14    employed at Voyager Digital Holdings, Incorporated.
15          Q    And how do you know that?
16          A    Because it was applying for a VASP license
17    during my time there.  It applied for a VASP license
18    during my time there and could not operate until
19    that license was secured.
20          Q    What license is that?
21          A    The V-A-S-P license, VASP.
22          Q    What does that stand for?
23          A    Virtual Asset Service Provider.
24          Q    And who issues that license?
25          A    A Cayman regulatory authority.
```

1  Q   HTC Trading, Incorporated is a Cayman
2  corporation?
3  A   Yes.
4  Q   Does HTC Trading, Incorporated hold any
5  accounts?
6  A   No.
7  Q   Does HTC Trading, Incorporation have any
8  employees?
9  A   No.
10 Q   And, to your knowledge, HTC Trading,
11 Incorporation conducts no activities?
12 A   That's correct.
13 Q   And they are wholly owned by Voyager
14 Digital LTD?
15 A   That is correct.
16 Q   So an LLC takes the money from customers
17 when they place a trade order on a platform.  And,
18 according to your testimony, they give it to some
19 unspecified third party to conduct the trade?
20     MR. SADEGHI:  Objection to form.
21     THE WITNESS:  Can you repeat that?
22 Q   (By Mr. Kaye)  Sure.  So when Voyager LLC
23 receives money from a customer on the platform and a
24 customer places a trade order, whether it is buy or
25 sell, Voyager LLC takes that money and that trade

Page 44

```
 1        Q    (By Mr. Kaye)  You can answer.
 2        A    I don't know.
 3        Q    I'm going to show you what I'm marking as
 4   Exhibit 4.
 5                   (Exhibit 4 was marked
 6                    for identification.)
 7        Q    (By Mr. Kaye)  Do you see on the screen
 8   the preliminary expert report of CipherBlade
 9   Blockchain Investigation Agency?
10        A    I do.
11        Q    And you testified before you skimmed
12   through this report when the complaint was filed?
13        A    I recall reading excerpts from the
14   complaint that referenced the expert report.  I
15   don't recall reading the report itself.
16        Q    Okay.  So specifically this is a part that
17   was referenced in the complaint.  So you recognize
18   this chart as one that is generated from
19   Chainalysis?
20        A    I do not.
21        Q    Okay.  Well, I'll represent to you that in
22   this report Rick Sanders conducted trades and
23   followed them through Chainalysis.  And this right
24   here represents where the funds were traveling.  And
25   as he states in paragraph 37 as shown above, my
```

1   Bitcoin deposit to Voyager was sent to HTC Trading.
2   Voyager wholly owns HTC Trading.  It is impossible
3   to determine exactly what Voyager and/or HTC Trading
4   utilized my Bitcoin for after this deposit.
5                Do you see that?
6        A    I see it.
7        Q    So does HTC Trading hold any accounts
8   through which client funds travel?
9        A    Not to my knowledge.
10       Q    Now, if this chart represents that funds
11  did in fact travel from LLC through HTC Trading, you
12  would have no reason to dispute that?
13       A    I don't know where that chart came from.
14       Q    That's fine.  I'm saying if that's what
15  this chart shows, you have no reason to dispute it
16  because you have no knowledge; is that right?
17            MR. SADEGHI:  Objection.
18            THE WITNESS:  I have no knowledge with
19       regard to that.
20       Q    (By Mr. Kaye)  Are you aware that funds
21  that customers used to trade on the Voyager platform
22  are sometimes utilized by Voyager to place trades on
23  the Binance Exchange?
24       A    Can you repeat that question?
25       Q    Are you aware that funds that are provided