# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-24441-CIV-ALTONAGA/Torres

MARK CASSIDY, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

VOYAGER DIGITAL LTD, and
VOYAGER DIGITAL LLC

    Defendants.

_____/

**DECLARATION OF MARK CASSIDY IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

    I, Mark Cassidy, hereby declare as follows:

    1.    I have personal knowledge of the facts stated herein, and if called upon as a witness, I would and could testify competently to the matters set forth herein.

    2.    I am a citizen and resident of the State of Florida and am 30 years old.

    3.    I purchased from Defendant Voyager Digital Ltd. a Voyager Earn Program Account (an "EPA") on March 17, 2021, and thereafter funded the account with sufficient cryptocurrency assets to meet the minimum thresholds for earning the interest Voyager Digital Ltd. offered to pay on those holdings. In total, I made deposits of USD $1,095.00 into the EPA. I received the interest payments on Bitcoin (BTC) and USD Coin (USDC) identified in the amended complaint at paragraph 106 as a result of holding those minimum cryptocurrency EPA account balances. To date, I have recovered only $1,018.29 of that initial investment.

    4.    I am knowledgeable about the nature of this case and am ready and able to serve as a class representative in this action. I am seeking to be a class representative on behalf of all others in Florida and/or the United States who purchased a Voyager EPA from Defendant Voyager Digital Ltd.

1

5.      I have dedicated a significant amount of time to this matter, including reviewing the complaint and amended complaint before each was filed and authorizing their filings, searching for and producing my documents relevant to this action, providing declarations under penalty of perjury regarding facts pertinent to this case, reviewing filings in this case, and communicating with my counsel regarding case developments. I have kept myself reasonably informed as to the status of the case.

6.      I am willing to respond to reasonable discovery requests, to appear for a deposition, and I am willing to make myself available to testify at trial, if necessary.

7.      I understand that as a class representative, I will have the duty to represent the interests of all unnamed class members. To my knowledge, I do not have any conflicts of interest with the absent class members or individual interests that could be deemed antagonistic to the interests of the class. I have never sought to be appointed as a class representative on behalf of a class in any other litigation.

8.      Through bringing this action, I am seeking not only to secure from Defendant Voyager Digital Ltd., for myself and all Class Members, the damages to which we may be entitled as a result of Voyager Digital Ltd.'s offer and sale of the EPAs, which are unregistered securities, but also a declaration from the Court that the EPAs are, in fact, unregistered securities, an order from the Court requiring Voyager Digital Ltd. to change its business practices with respect to the EPAs, and recovery of attorney's fees and costs expended in this action.

9.      I furthermore request that the Court appoint The Moskowitz Law Firm, PLLC and Grossman Roth Yaffa Cohen, P.A., to serve as Class Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate to the best of my knowledge and belief.

Executed May 4, 2022.

By: *Mark Cassidy*
Mark Cassidy
*Plaintiff*