# Exhibit B

                                  1

1         UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
2
           CASE NO: 21-24441-CIV-ALTONAGA/Torres
3              2009-CA-212-O

4  MARK CASSIDY, on behalf of himself
   and others similarly situated,
5
          Plaintiff,
6
   vs.
7
   VOYAGER DIGITAL LTD, and
8  VOYAGER DIGITAL LLC,

9         Defendants.
   _____/
10
   * * * * * * * * * * * * * * * * * * * * * * * *
11  The following transcript of proceedings, or any portion
    thereof, in the above entitled matter, taken on April
12  26, 2022, is being delivered unedited and uncertified by
    the official court reporter.
13
    The purchaser agrees not to disclose this unedited
14  transcript in any form (written or electronic) to anyone
    who has no connection to this case.  This is an
15  unofficial transcript which should not be relied upon
    for purposes of verbatim citation of testimony.
16  This transcript has not been checked, proofread, or
    corrected.  It is a draft transcript, not a certified
17  transcript.  As such, it may contain computer-generated
    mistranslations or stenotype code or electronic
18  transmission errors, resulting in inaccurate or
    nonsensical word combinations or untranslated stenotype
19  symbols which cannot be deciphered by non-stenotypists.
    Corrections will be made in the preparation of the
20  certified transcript (which must be purchased in
    addition to the disk) resulting in differences in
21  content, page and line numbers, punctuation, and
    formatting.
22  * * * * * * * * * * * * * * * * * * * * * * * *

23

24

12    A.   Well, I don't know if it's kept in Voyager's

13  name or another name, I guess I should say.

14    Q.   Okay.  So, going back to this interest, is

15  there anything unique that you can see here or tell us

16  about Mr. Cassidy that makes it different from anyone

17  else that was registered in the Voyager Earning Program

18  in terms of how this interest is paid?

19    A.   Not looking at this, no.

20    Q.   Okay.  And I don't want to -- I don't want to

21  spend hours on this.  I mean, if Mr. Cassidy was in

22  Texas or if he was in California, would there be any

23  different that you would look at in this chart in terms

24  of how he was paid interest every month if both people

25  met the minimum amount that was necessary each month?

UNCERTIFIED ROUGH DRAFT

42

1      MR. SADEGHI:  Objection to form.

2      THE WITNESS:  No.  His earn would be the same,

3    as far as I know, in those state -- in those

4    states.

5  BY MR. MOSKOWITZ:

6    Q.   So there's no distinction for the Voyager Earn

7  Program by state.

8        Is there any difference in terms of how much

9  besides just their percentage would be higher?  You

10  don't, like, get treated completely different if you

1  don't need to go through each one -- which talks about

2  the numbers of users of the platform, like it says

3  9 million crypto transactions, 3.2 million unique users,

4  there's no dispute that tens of thousands, if not more,

5  of those people are in Florida, correct?

6     A.   Correct.

7     Q.   Okay.

8     A.   I'm sorry, can you repeat the question?

9     Q.   Yeah.

10         There's definitely at least tens of thousands

11  of Voyager Platform members that are residents of the

12  State of Florida?

13     A.   Oh.  Yes.

14     Q.   Yeah, okay.

15         (Defendants' Exhibit Number 11 was marked for

16     identification.)

17  BY MR. MOSKOWITZ:

18     Q.   Let's go to ele- -- Exhibit 11, and then

19  that'll be our final exhibit before lunch.

20         Exhibit 11, Miss Casey, was a document

21  provided by Voyager.  It's not our document.  It was

22  generated and formulated by Voyager.  And, if we could

23  make it bigger, this how it was produced to us.

24         So we're under the impression that it was

25  revenues that are produced from Florida users that use

                    UNCERTIFIED ROUGH DRAFT

2 interest.

3 What -- what part of that, you know, do you
4 need to read? And I'm happy for you to read the
5 articles. We can sit here and read them. I just want
6 to know generally if you understand what their
7 allegations are.

8 A. I mean, I have not read them through, no.

9 Q. Okay. Take your time. We'll -- we'll wait
10 and you can read the first one. I just need to know if
11 Mark Cassidy's account falls within what all these
12 different states are making allegations about or if his
13 account is different. So take your time.

14 MR. MOSKOWITZ: Joey -- and give her the
15 document, if you want to email it.

16 BY MR. MOSKOWITZ:

17 Q. And it sets out exactly what Voyager allegedly
18 was doing and what the accounts are allegedly doing.

19 My question to you is just, is this Mark
20 Cassidy's account?

21 MR. SADEGHI: Objection to form.

22 THE WITNESS: His account is not different
23 than the other accounts and any other accounts on
24 the -- on the app.

25

                UNCERTIFIED ROUGH DRAFT

133

file:///serverd6/Moskowitz/Users/rPassos/REJANE%20-%20WORKING/TEMP/VoyagerCorpRepShannonCaseyRough_Rough.txt[5/4/2022 5:47:53 PM]

1  BY MR. MOSKOWITZ:

2      Q.  Okay.  So -- so my question -- just my next

3  question is, all of these investigations that are being

4  done by the State AGs and the SEC applies to Mark

5  Cassidy's account?

6          MR. SADEGHI:  Objection to form.

7          THE WITNESS:  I'm not sure.  I -- I would -- I

8      think, yes.

9  BY MR. MOSKOWITZ:

10     Q.  What do you need to know -- do you want to

11  read the article or what do you need to do, as the

12  corporate rep, to say, yes, all of these investigations

13  involve interest-bearing accounts exactly as we've been

14  speaking about today for Mr. Cassidy?  What do you need

15  so that you could say, yes, they are talking about the

16  account that Mr. Cassidy does and he doesn't have

17  anything unique or different which would not apply to

18  all of these investigations?

19     A.  You dropped off.

20     Q.  What else do you need from us so that you can

21  say, as the corporate rep depo -- deponent who is the

22  most qualified to talk about Mark Cassidy's account,

23  that his account is the same account that these attorney

24  generals and the SEC are saying possibly should be

25  registered securities?

                    UNCERTIFIED ROUGH DRAFT

                              134

1      MR. SADEGHI:  I'll object --

2  BY MR. MOSKOWITZ:

3      Q.   What else do you need to know?

4      MR. SADEGHI:  I'll object to form and note

5   that this is not within any of the noticed

6   deposition topics under the 30(b)(6) deposition

7   notice.

8      MR. MOSKOWITZ:  Okay.

9      MR. SADEGHI:  But you can answer in your

10   personal capacity to the extent you know.

11      THE WITNESS:  To the extent I know, they --

12   they would not be different from any of the other

13   accounts.

14  BY MR. MOSKOWITZ:

15      Q.   Okay.  Thank you.

16          (Defendants' Exhibit Number 14 was marked for

17   identification.)

18  BY MR. MOSKOWITZ:

19      Q.   Let me show -- now show you what we have as

20  Exhibit 14.  And we have two emails that were produced

21  to us from Voyager.  We'll start with the first one.

22      MR. MOSKOWITZ:  If you could focus in on the

23   top, Joey.

24  BY MR. MOSKOWITZ:

25      Q.   It's an email from Dave Brosgol to Janice

              UNCERTIFIED ROUGH DRAFT