UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24441-CIV-ALTONAGA/Torres

**MARK CASSIDY**,

      Plaintiff,

v.

**VOYAGER DIGITAL LTD.**, *et al.*,

      Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on Defendants' Motion for Extension of Time and for Authorization to File a Consolidated Brief in Response to both Renewed and Newly Asserted Claims in the Amended Complaint [ECF No. 48], filed on May 4, 2022. Plaintiff quickly filed a Response [ECF No. 49] the following day.

Defendants seek an additional eight days to respond to Plaintiff's Amended Complaint [ECF No. 46] and an order permitting them to consolidate their motions to compel and dismiss. (*See* Mot. 1). The Amended Complaint asserts four causes of action against Defendants: (Count One) Offer and Sale of Unregistered Securities in Violation of Section 5 of the Securities Act, 15 U.S.C. [section] 77e(a) (*see* Am. Compl. ¶¶ 128–135); (Count Two) Offer of Unregistered Securities in Violation of Florida Statute section 517.07 (*see id.* ¶¶ 136–142); (Count Three) Violation of the New Jersey Consumer Fraud Act (*see id.* ¶¶ 143–151); and (Count Four) Violations of the Florida Deceptive and Unfair Trade Practices Act, [section] 501.201, Florida Statutes (*see id.* ¶¶ 152–161).

Plaintiff added the first and second claims at the conclusion of the jurisdictional and arbitration-related discovery period. These additions fundamentally change the nature and complexity of this action, and yet Plaintiff insists Defendants should only receive 11 days to

respond. (*See generally* Resp.). Plaintiff even quotes the Court's prior Orders, which state that "[n]o extensions of time will given." (*Id.* (alteration added; quotation marks omitted; quoting Mar. 3, 2022 Order [ECF No. 36] 7; Mar. 22, 2022 Order [ECF No. 40] 1)). But this statement is taken out of context; the Court barred extensions of time for the response and reply memoranda, not the actual motions. (*See, e.g.*, Mar. 3, 2022 Order 7 ("The response and reply memoranda are due within the times permitted by the Rules. No extensions of time will be given.")).

Furthermore, Defendants also seek dismissal of the Amended Complaint's new claims on grounds that go beyond the jurisdictional defects cited in their original Motion to Dismiss [ECF No. 28]. (*See* Mot. 3). It would be unjust to allow Plaintiff to use the discovery period to both refine existing claims and add new ones without giving Defendants an adequate amount of time to respond. *See Krinsk v. SunTrust Banks, Inc.*, 654 F.3d 1194, 1202 (11th Cir. 2011) ("It simply would be unfair to allow the plaintiff to change the scope of the case without granting the defendant an opportunity to respond anew." (citation omitted)).

Accordingly, it is

**ORDERED** that Defendants' Motion for Extension of Time and for Authorization to File a Consolidated Brief in Response to both Renewed and Newly Asserted Claims in the Amended Complaint **[ECF No. 48]** is **GRANTED**. Defendants shall file a consolidated response to the Amended Complaint of no more than 30 pages; the deadline to file that response is **May 16, 2022**. The response and reply memoranda are due within the times permitted by the Local Rules. Plaintiff's responsive memorandum shall not exceed 30 pages.

CASE NO. 21-24441-CIV-ALTONAGA/Torres

**DONE AND ORDERED** in Miami, Florida, this 5th day of May, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record