# EXHIBIT A

## Schoellkopf, Corey E.

| | |
|---|---|
| **From:** | Sadeghi, Kayvan B. |
| **Sent:** | Wednesday, May 4, 2022 9:01 AM |
| **To:** | Joseph Kaye; Adam Moskowitz; Barbara C. Lewis; Rejane Passos; Dione Iturria; Rachel W. Furst; Stuart Grossman; Giovanna Spargo; Nicole Leon |
| **Cc:** | Cervantes, Sara E.; Ross, Michael W.; Gavin Gaukroger; Luis Torres |
| **Subject:** | Re: Cassidy v. Voyager Digital LTD et al. - Request to Meet and Confer |

Adam,

We write to summarize our meet and confer yesterday, which addressed three issues.

*First*, we discussed your violation of the Protective Order [Dkt. No. 42]. Paragraph 7 of the Protective Order required that Confidential Information be redacted from public filings subject to exceptions that do not here apply. Your Amended Complaint attaches exhibits that were marked "Confidential" including those that contained personal information of Voyager customers. Accordingly, we request that you take all steps necessary to ensure that the Exhibits marked as Confidential and references thereto be removed from the public record and re-filed in redacted form. In the event that you identify a need to file particular information on the public docket (e.g., as necessary to adjudicate a motion), we can engage in the meet-and-confer process outlined in the Protective Order at that time. We hope you will agree take the steps necessary to address this breach expeditiously so we can avoid unnecessary motion practice, but we reserve our clients' rights and will seek Court intervention promptly if you refuse to abide by the Protective Order.

*Second*, we addressed the schedule for responding to the Amended Complaint. As we discussed, our deadline is currently May 8 to renew our motion to compel arbitration and to dismiss claims related to alleged "commissions." That deadline was set with the understanding that our motion would address the same causes of action already in the complaint and did not address the timing to respond to new causes of action concerning the Earn program which were added in your amendment. In addition to arbitration and jurisdictional issues, those new claims raise additional grounds to dismiss not previously addressed and as to which Voyager Digital Ltd. would have until at least May 12 under the Federal Rules. We proposed that it would be more efficient to file a single combined response, rather than filing two separate responses (a) renewing the motion on behalf of Voyager Digital LLC against the renewed claims, and (b) subsequently filing a response to the new claims on behalf of Voyager Digital Ltd. We proposed limiting the joint brief to 30 pages, and requested agreement on a deadline of May 16, 2022.

*Third*, you noted in an email that you were intending to move for class certification this week, before the threshold motion(s) are resolved. We noted that doing so would be inconsistent with the Court's March 3 Scheduling Order [Dkt. No. 36], which set aside the prior schedule for class certification and ordered that "Once the matters of personal jurisdiction and arbitration are resolved, the parties will be instructed by separate order to submit an amended joint scheduling report." We sought your agreement to stay class certification until the motion(s) to compel arbitration and to dismiss are resolved, consistent with that Order.

In addition, and in light of your indication that you might file a class certification motion imminently, we hereby designate the deposition transcripts as Confidential in their entirety pending our further review for particular portions of the transcripts to be designated as Confidential within 30 days of receipt of the transcripts, as outlined in Paragraph 3 of the Protective Order. This designation does not include excerpts already filed with the Amended Complaint except to the extent those portions reference the content of documents marked Confidential, as addressed in point one above.

You promised to get back to us on these three issues today. Please do so by Noon so that we can address these issues in a timely manner.

Regards,
Kayvan

---

**From:** Gavin Gaukroger <ggaukroger@bergersingerman.com>
**Date:** Monday, May 2, 2022 at 12:10 PM
**To:** Joseph Kaye <joseph@moskowitz-law.com>, Adam Moskowitz <Adam@moskowitz-law.com>, "Barbara C. Lewis" <barbara@moskowitz-law.com>, Rejane Passos <rejane@moskowitz-law.com>, Dione Iturria <Dione@moskowitz-law.com>, "Rachel W. Furst" <RWF@grossmanroth.com>, Stuart Grossman <SZG@grossmanroth.com>, Giovanna Spargo <giovanna@moskowitz-law.com>, Nicole Leon <nicole@moskowitz-law.com>
**Cc:** "Sadeghi, Kayvan B." <KSadeghi@jenner.com>, "Cervantes, Sara E." <SCervantes@jenner.com>, "Ross, Michael W." <MRoss@jenner.com>, Gavin Gaukroger <ggaukroger@bergersingerman.com>, Luis Torres <LTorres@bergersingerman.com>
**Subject:** Cassidy v. Voyager Digital LTD et al. - Request to Meet and Confer

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe



Dear Plaintiff's Counsel:

We would like to meet and confer with you today at 5:00 PM or 6:00 PM ET to discuss:

1. Your filing of "Confidential" documents as exhibits to the Amended Complaint without meeting and conferring and without filing under seal; and
2. The timing and page limits for Defendants' response(s) to the Amended Complaint.

Please advise as to your availability late this afternoon/evening to discuss these matters with us.

Thank you,
Gavin Gaukroger



**Gavin Gaukroger**
**Berger Singerman** *Florida's Business Law Firm*
201 East Las Olas Boulevard | Suite 1500 | Fort Lauderdale, FL 33301
D: (954)712-5156 | M: (561)931-9065
bergersingerman.com

**\*\*Please note our new Fort Lauderdale office address above.\*\***

Please consider the environment before printing.
This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named and intended addressee(s), the recipient should immediately notify the sender by E-MAIL and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*