UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  21-24441-CIV-ALTONAGA/Torres

MARK CASSIDY,

      Plaintiff,

v.

VOYAGER DIGITAL LTD., *et al.*,

      Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court on Defendants, Voyager Digital Ltd. and Voyager Digital LLC's Motion to Enforce Protective Order and Impose Sanctions for Violation of Protective Order [ECF No. 51], filed on May 6, 2022.  The parties dispute whether certain exhibits can be deemed confidential for purposes of the Protective Order [ECF No. 42].  (*See* Mot., Ex. B, May 4, 2022 Email to Defense Counsel [ECF No. 51-2] 4 (disputing Defendants' characterization of the records being confidential)).[1]  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 51]** is **DENIED**.  Defendants are instructed to follow the procedures regarding discovery outlined in the Court's Order Setting Trial [ECF No. 20].

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO.  22-24441-CIV-ALTONAGA/Torres

**DONE AND ORDERED** in Miami, Florida, this 6th day of May, 2022.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:      counsel of record