UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24441-CIV-ALTONAGA/Torres

**MARK CASSIDY**,

    Plaintiff,
v.

**VOYAGER DIGITAL LTD.**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On May 4, 2022, Plaintiff, Mark Cassidy filed a Motion to Certify a Liability Issue Only Class Action Against Defendant Voyager Digital Ltd. [ECF No. 47] ("Motion to Certify"). That same day, Defendants, Voyager Digital Ltd. and Voyager Digital, LLC filed a Motion for Extension of Time and for Authorization to File a Consolidated Brief in Response to Both Renewed and Newly Asserted Claims in the Amended Complaint [ECF No. 48], wherein they indicated their intention to file a consolidated motion to compel arbitration and dismiss for lack of personal jurisdiction and failure to state a claim. (*See* Mot. Extension 1).

Defendants' forthcoming motion is potentially dispositive of the entire matter, yet under the current timing, the Motion to Certify will become ripe first.

> Although [Federal Rule of Civil Procedure] 23(c)(1) requires the district court to decide the issue of class certification "as soon as practicable," it has been recognized that . . . it may be appropriate in the interest of judicial economy to resolve a motion for summary judgment or motion to dismiss prior to ruling on class certification.

*Smith v. Network Sols., Inc.*, 135 F. Supp. 2d 1159, 1165 (N.D. Ala. 2001) (alterations added; quoting Fed. R. Civ. P. 23(c)(1); citing *Thornton v. Mercantile Stores Co., Inc.*, 13 F. Supp. 2d

1282, 1289 (M.D. Ala. 1998); *Wright v. Schock*, 742 F.2d 541, 543–44 (9th Cir. 1984)). Accordingly, to save the parties and Court from squandering time and expense addressing a potentially moot Motion to Certify, it is

**ORDERED AND ADJUDGED** that Plaintiff, Mark Cassidy's Motion to Certify a Liability Issue Only Class Action Against Defendant Voyager Digital Ltd. **[ECF No. 47]** is **DENIED** without prejudice. Plaintiff shall have an opportunity to file a renewed motion to certify a liability class if he prevails against Defendants' impending motion.

**DONE AND ORDERED** in Miami, Florida, this 10th day of May, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record