# EXHIBIT A

Declaration of Kayvan B. Sadeghi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-24441-CIV-ALTONAGA/Torres

MARK CASSIDY, on behalf of himself
and others similarly situated,

Plaintiff,

v.

VOYAGER DIGITAL LTD., and VOYAGER DIGITAL LLC

Defendants.
_____/

## DECLARATION OF KAYVAN B. SADEGHI

I, KAYVAN SADEGHI, declare that:

1. I am an attorney of record for the Defendants in this action. I submit this declaration to put before the Court materials referenced in Defendants' Motion to Compel Arbitration and to Dismiss the Amended Complaint and Supporting Memorandum of Law ("Motion"), filed contemporaneously herewith. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.

2. On March 7, 2022, Plaintiff served each Defendant with identical discovery requests in the form of twenty Requests for Production, ten Interrogatories, and a Notice of 30(b)(6) Deposition listing ten subject matters. The same day, Plaintiff also served a Notice of Deposition for Mike Legg, the former Chief Communications Officer of Voyager Digital Ltd.

3. On March 17, 2022, Defendants served their objections to the discovery requests.

1

Defendants objected to the broad range of areas of inquiry which sought information and documents outside the scope of the Court's Order limiting discovery to the issues of arbitrability and Florida jurisdiction over Voyager Digital LTD. [ECF No. 36].

4. On March 28, 2022, Defendants produced an initial set of documents, as well as responses to Plaintiff's Interrogatories.

5. Attached hereto as Exhibit 1 is a copy of the Declaration of Shannon Casey, dated February 17, 2022, together with its exhibits (previously filed at ECF No. 28-1).

6. Attached hereto as Exhibit 2 are excerpts from the transcript of the April 19, 2022 deposition of Voyager Digital Ltd.'s corporate representative, reflecting testimony referenced in the Motion.

7. Attached hereto as Exhibit 3 is an excerpt from the transcript of the April 20, 2022 deposition of Michael Legg, former Chief Communications Officer of Voyager Digital Ltd., reflecting testimony referenced in the Motion.

8. Attached hereto as Exhibit 4 is a copy of the interrogatory responses of Defendant Voyager Digital, LLC.

9. Attached hereto as Exhibit 5 is a copy of the interrogatory responses of Defendant Voyager Digital Ltd.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 16, 2022

                                                              /s/ Kayvan Sadeghi
                                                              KAYVAN SADEGHI