# EXHIBIT 2

Excerpts from the transcript of the Deposition of Voyager Digital Ltd 30(b)(6) Representative Brian Nistler

```
                                                          Page 1
 1           IN THE UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF FLORIDA
 3           CASE NO: 21-4441-CIV-ALTONAGA/Torres
 4   MARK CASSIDY, on behalf of himself
     and others similarly situated,
 5
             Plaintiff,
 6   vs.
 7   VOYAGER DIGITAL LTD, and VOYAGER
     DIGITAL LLC,
 8
             Defendants.
 9   ****************************************************
10   VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF:
11                              BRIAN NISTLER
12   DATE TAKEN:                April 19, 2022
13   TIME:                      10:00 a.m. to 5:40 p.m.
14   PLACE:                     Via Zoom
15   TAKEN BEFORE:              JERI DRUM, COURT REPORTER
                                AND NOTARY PUBLIC
16   ****************************************************
17
18
19
20
21
22
23
24
25
```

Page 12

1     Digital LLC.
2        Q    Who owns the Voyager platform?
3        A    Voyager Digital LLC.
4        Q    Voyager Digital LLC owns and operates the
5     platform?
6        A    There is certain IP that is held within
7     Voyager IP LLC.
8        Q    And what IP would that be?
9        A    I don't know with specificity.
10       Q    Generally?
11       A    Blockchain-related software, by and large.
12       Q    Like a smart order routing system?
13       A    I do not know where that is zoned at.
14       Q    The Voyager pricing engine?
15       A    I do not know.
16       Q    And how do you know that the Voyager
17    platform is owned by Voyager Digital LLC?
18       A    It is operated by Voyager Digital LLC and
19    the employees that service the platform by and large
20    work for Voyager Digital LLC.  Any IP that is held
21    with Voyager IP is -- could you repeat the question?
22       Q    How do you know that the Voyager platform
23    is owned by Voyager Digital LLC?
24       A    Voyager Digital LLC owns the platform
25    through the development of the software associated

Page 13

1  there with and deploys that software into a user
2  facing platform.  That is all done through Voyager
3  Digital LLC.
4      Q    Were you looking at something in the
5  corner?
6      A    No.
7      Q    Okay.  So if I'm understanding, your
8  position is that you know Voyager LLC owns the
9  Voyager platform because it had some role in
10  developing aspects of the platform and operates the
11  platform?
12      A    Can you repeat that?
13      Q    Sure.  If I'm understanding you correctly,
14  your position is that you know Voyager LLC owns the
15  Voyager platform because certain employees of
16  Voyager Digital LLC took part in the development of
17  the platform and Voyager Digital LLC operates the
18  platform; is that right?
19      A    That's my limited understanding of the
20  technical ownership of the platform and the IP
21  related thereto, yes.
22      Q    But sitting here today you don't know for
23  sure if the platform is in fact owned by Voyager
24  Digital LLC?
25      A    I'm fairly confident.

Veritext Legal Solutions
800-726-7007                                          305-376-8800

1   Q   Do you know who maintains the website?
2   A   Voyager Digital LLC maintains the website.
3   Q   Do you know specifically who from Voyager
4   Digital LLC maintains the website?
5   A   There are several employees that have the
6   ability to edit the website.
7   Q   And who are those?
8   A   Julia is one and the other name is
9   currently escaping me.
10  Q   Julia who?
11  A   I'm really bad with last names.  It starts
12  with an H.
13  Q   Do you know how long Julia H has been with
14  Voyager?
15  A   I do not.
16      MR. SADEGHI:  This is Kayvan Sadeghi.  I
17  would just like to note again this entire topic
18  regarding ownership of the website is outside
19  of the topics that were noticed for the
20  deposition.  The witness is answering in his
21  personal capacity.
22      MR. KAYE:  That's fine.  I understand your
23  position and I disagree, for the record.
24  Q   (By Mr. Kaye)  Do you know if Julia H. is
25  employed by any other related Voyager entities?

1  product?
2      A    It is within the platform.  It is a
3  functionality of the platform.
4      Q    The Voyager Earn Program is a product that
5  is offered to Voyager customers through the Voyager
6  platform?
7      A    The Voyager Earn Program is a
8  functionality within the Voyager platform which is
9  owned and operated by Voyager Digital LLC.
10     Q    Who pays the interest through the Earn
11 Program to Voyager customers?
12          MR. SADEGHI:  Objection to form.  And this
13     is also outside the scope of any of the noticed
14     deposition topics.
15          Again, you can answer in your personal
16     capacity.
17          MR. KAYE:  So it is not.  So your
18     objection is noted and disagreed with.
19     Q    (By Mr. Kaye)  Go ahead, Brian.
20     A    Can you repeat the question?
21     Q    Who pays the interest to Voyager customers
22 through the Voyager Earn Program?
23     A    The Voyager Earn Program as a
24 functionality of the Voyager platform provides in
25 kind rewards, in kind of a digital asset that a user

1  to do business, that product is not operational.  It
2  is in development.
3           As to the second -- apologies.  Can
4  you just again repeat again?  I apologize.
5      Q    So are you saying then no other Voyager
6  related entity did any business with Florida
7  residents other than through what is offered through
8  the Voyager platform?
9      A    Correct.
10     Q    And is that because Voyager currently does
11 not have a desktop application yet?
12     A    That is correct.  It is not because.  We
13 do not have a desktop application yet.
14     Q    Have any of the Voyager entities hired any
15 marketing firm to handle marketing and advertising?
16     A    Voyager Digital LLC has.
17     Q    Who have they hired?
18     A    I don't know who they are.
19     Q    Can you guys hear me now?
20     A    Yes.
21     Q    I don't know what happened.  The computer
22 said failed to detect microphone.  I'm trying to
23 reset it.  Okay.
24           (Exhibit 9 was marked
25              for identification.)

1  facilitate with the board of directors to that
2  extent.  It is just my general understanding of how
3  it is run but I don't have personal knowledge of
4  that relationship or how it is on a day to day
5  basis.
6       Q    So all you know is that paragraph that you
7  recited basically from memory?
8            MR. SADEGHI:  Objection to form.
9            THE WITNESS:  No.  More than just that.
10       But just day to day function of my position and
11       the review of the production of documents and
12       my position as associate counsel for Voyager
13       Digital Holdings, Incorporated.
14       Q    (By Mr. Kaye)  In all of that experience,
15  are you aware of any responsibilities that LTD has
16  in regards to oversight of the day to day operations
17  of any of the subsidiary entities?
18       A    No.
19       Q    You are not aware or they don't have any?
20       A    I am not aware, nor was I prepared on
21  that.
22       Q    Do you know if LTD has the right to exert
23  any control over the day to day operations of the
24  subsidiary entities?
25       A    Based upon my review and preparation

1    pursuant to the topics, there were no policies or
2    procedures from the Board that gave any authority or
3    power over the day to day operations of Voyager
4    Digital LLC or the platform.
5         Q    Okay.  But it is just the same executives
6    for all three companies who are acting on the
7    directives of the directors?
8              MR. SADEGHI:  Objection to form.
9              THE WITNESS:  They act in their relative
10        position dependent upon -- they wear different
11        hats dependent upon the entity they are acting
12        for.  That is my understanding.
13        Q    (By Mr. Kaye)  Do you have any specific
14   examples that you can give?
15        A    None come to mind.
16        Q    These are the four directors you are
17   referring to right, Philip Eytan, Krisztian Toth,
18   Glenn Stevens and Jennifer Ackart?
19        A    That's correct.
20        Q    Okay.  And that's -- for the record, this
21   is Exhibit 6 again, page 45.
22              Now, as the corporate representative
23   of LTD, if there are unregistered securities being
24   offered on the Voyager platform operated by LLC, are
25   there any management policies or procedures or any

1  beginning, this is a Voyager Digital Limited
2  earnings call.  So do you have any reason to believe
3  that the $146 million capital raise is not conducted
4  by Voyager Digital Limited?
5       A    Again, I don't know.  I can't speak with
6  knowledge to this.  I don't know.
7       Q    Okay.  And assuming that the capital raise
8  of $146 million was completed by Voyager Digital
9  Limited and was used to fund marketing initiatives,
10 developing the technology infrastructure, and
11 building staff across all departments, you
12 previously testified that Voyager LLC is the entity
13 that conducts all the marketing for Voyager, right?
14      A    That was my testimony, that Voyager
15 Digital LLC conducts marketing specific to the
16 Voyager platform.
17      Q    And sitting here today you don't know if
18 that $146 million capital raise was being used to
19 fund those marketing efforts?
20      A    I do not know.  I do not have any
21 knowledge of that.
22      Q    You weren't prepared on that?
23      A    No, not to that specific capital raise,
24 no.
25      Q    It is a large capital raise.  Do you know

1    platform and then continues.
2             Does Voyager Digital LTD or any other
3    affiliated entity other than Voyager LLC receive
4    revenue as a result of the transactions completed
5    using the Voyager platform?
6             MR. KAYE:  Object to form.
7             THE WITNESS:  No.
8        Q    (By Mr. Sadeghi)  Does Voyager Digital
9    Limited or any other affiliated entity, other than
10   Voyager Digital LLC, have any users in Florida?
11       A    No.
12       Q    Does Voyager Digital Limited or any other
13   affiliate or entity, other than Voyager LLC have any
14   customers in Florida?
15       A    No.
16            MR. KAYE:  Form.
17       Q    (By Mr. Sadeghi)  Does Voyager Digital
18   Limited or any affiliated entity other than Voyager
19   Digital LLC derive any revenue in Florida or from
20   Florida residents?
21            MR. KAYE:  Form.
22            THE WITNESS:  No.
23       Q    (By Mr. Sadeghi)  Does Voyager Digital
24   Limited or any affiliated entity other than Voyager
25   Digital LLC conduct operations in Florida?

1             MR. KAYE:  Form.
2             THE WITNESS:  No.
3        Q    (By Mr. Sadeghi)  There were a couple of
4    sets of questions relating to two particular issues
5    on which you were instructed not to answer.  One
6    related to the identity of entities that are
7    referred to, I believe -- were referred to, I
8    believe, as trading platforms related to the trading
9    conducted through the Voyager platform and the other
10   was related to lending platforms.  Again, related to
11   activity in connection with the Voyager platform.
12                Are there agreements with -- are any
13   of the agreements with any of those entities, the
14   trading entities or the lending entities, agreements
15   with Voyager Digital LTD or any affiliated entity
16   other than Voyager Digital LLC?
17            MR. KAYE:  Form.
18            THE WITNESS:  No.
19       Q    (By Mr. Sadeghi)  Just to make sure that
20   is clear, is it your understanding -- to the extent
21   that you know, is it your understanding those
22   agreements are with Voyager Digital LLC?
23            MR. KAYE:  Form.
24            THE WITNESS:  Yes, that is correct.
25       Q    (By Mr. Sadeghi)  All right.  To the

| | |
|---|---|
| 1 | extent that you have any information concerning the |
| 2 | identities of those counter parties, is that |
| 3 | information that was shared with you as part of your |
| 4 | work as counsel to Voyager Digital LLC or did you |
| 5 | learn it some other way? |
| 6 | MR. KAYE: Form. |
| 7 | THE WITNESS: It was shared in connection |
| 8 | with my position as associate counsel with |
| 9 | Voyager Digital LLC. |
| 10 | Q (By Mr. Sadeghi) Does Voyager Digital LTD |
| 11 | control the day to day operations of the Voyager |
| 12 | platform to the best of your knowledge? |
| 13 | A No. |
| 14 | MR. KAYE: Form. |
| 15 | Q (By Mr. Sadeghi) Does Voyager LTD engage |
| 16 | in any activities separate from the business of |
| 17 | Voyager LLC, Voyager Digital LLC? |
| 18 | MR. KAYE: Form. |
| 19 | THE WITNESS: Yes. |
| 20 | Q (By Mr. Sadeghi) What sort of activities |
| 21 | does Voyager Digital LLC engage in apart from the |
| 22 | business of Voyager Digital LLC? |
| 23 | A The issuance of its public securities, |
| 24 | promotion thereof and several holding activities |
| 25 | related to the other subsidiaries including LGO and |

1  Coinify.
2     Q   If we can pull up the consolidated
3  financials.  It was Exhibit 6, actually.  Sorry.  If
4  we can pull up the document marked as Exhibit 6.
5              You may recall this.  It is the
6  annual information form that we looked at earlier.
7  Do you remember that?
8     A   I remember.
9     Q   And here at the bottom there is a section
10 that starts the company generates revenue through
11 its primary business activities related to the
12 platform comprising the following sources.  And then
13 there are two bullet points, one for transaction
14 revenue, one for fees on crypto assets loaned.  Do
15 you see that?
16    A   I do see that.
17    Q   And I believe the earlier questions were
18 discussing the fact that in this document the
19 company and Voyager are defined with reference to
20 Voyager Digital LTD; do you recall that?
21    A   I do recall that.
22    Q   Is it your understanding -- what is your
23 understanding as to where these operations in fact
24 occur?
25    A   All the operation --

1          MR. KAYE:  Form.
2          THE WITNESS:  All operations described
3     with relation to the platform, transaction
4     revenue and fees on crypto assets loaned occur
5     at the Voyager Digital LLC level.
6     Q    (By Mr. Sadeghi)  Is any of that activity
7  conducted by Voyager Digital LTD or any of the other
8  affiliated entities other than Voyager Digital LLC?
9          MR. KAYE:  Form.
10         THE WITNESS:  No.
11         MR. SADEGHI:  Let me just go off the
12    record for a minute and I'll be able to wrap
13    up.
14         THE VIDEOGRAPHER:  All right.  We are off
15    the record at 5:35 p.m.
16     (A break was taken in the proceedings.)
17         THE VIDEOGRAPHER:  We're back on the
18    record at 5:39 p.m.
19    Q    (By Mr. Sadeghi)  Thank you, Mr. Nistler.
20  I have nothing further.
21         MR. KAYE:  I have nothing further as well.
22    Thanks, Brian.
23         THE VIDEOGRAPHER:  All right.  Off the
24    record then?
25         MR. KAYE:  Yes.