# EXHIBIT 3

Excerpts from the transcript of the Deposition of Michael Legg

```
                                                            Page 1

 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
 3          Case No. 21-24441-CIV-ALTONAGA/Torres
 4   MARK CASSIDY, on behalf of
     himself and others similarly
 5   situated,
 6              Plaintiff,
 7   v.
 8   VOYAGER DIGITAL LTD, and
     VOYAGER DIGITAL LLC
 9              Defendants.
10   _____/
11                        Remote Proceeding
                          April 20, 2022
12                        3:04 p.m. - 4:03 p.m.
13
14         VIDEO DEPOSITION OF MICHAEL LEGG
15
16      Taken before SUZANNE VITALE, R.P.R., F.P.R.
17   and Notary Public for the State of Florida at Large,
18   pursuant to Notice of Taking Deposition filed in the
19   above cause.
20
21
22
23
24
25
```

```
 1          states, that's a different question.  You can't
 2          just say are we offering services.  I conduct
 3          business in New York every day.  It doesn't
 4          mean Voyager has clients in that state and it
 5          doesn't mean they do business -- I don't know
 6          what you mean by services or business.  You
 7          just can't give a blanket statement.
 8          Ridiculous.
 9    BY MR. GROSSMAN:
10          Q.   During the time -- thank you.
11               During the time that you were with
12    Voyager, did you do business in the State of
13    Florida?
14          A.   Define business, please.
15          Q.   Did you sell product?
16               MR. SADEGHI:  Objection to form.
17               THE WITNESS:  The Voyager app was
18          available in Florida for users to use.
19    BY MR. GROSSMAN:
20          Q.   Thank you.
21               Let's go on if we can.
22               MR. GROSSMAN:  By the way, your partner in
23          Chicago was David Bradford, Reid Schar, April
24          Otterberg, David Bradford, those are the ones I
25          worked with.  Give them my regards.  They'll
```