# Exhibit B

# Voyager Digital Sued in Miami Federal Court



NEWS PROVIDED BY
**The Moskowitz Law Firm →**
May 11, 2022, 23:30 ET

MIAMI, May 11, 2022 /PRNewswire/ -- On December 24, 2021, after months of investigation, Mark Cassidy, through The Moskowitz Law Firm PLLC and Grossman Roth Yaffa Cohen, P.A., filed a class action Complaint before Chief Judge Cecilia M. Altonaga in the Southern District of Florida, captioned *Mark Cassidy v. Voyager Digital Ltd., et al.*, Case No. 21-24441-CIV-ALTONAGA/Torres (S.D. Fla.).

Voyager was sued for a wide range of alleged deceptive claims, including false "no commission" promises and the sale of unregistered securities, the Voyager Earn Program Account ("EPA"). "We have been talking to many Voyager customers from across the country about their problems and their desire to join our lawsuit", said Adam Moskowitz, Managing Partner of The Moskowitz Law Firm, who indicated that they may be further expanding the lawsuit.

On April 28, 2022, plaintiff filed his Amended Complaint with additional expert support to, among other things, include allegations Voyager engaged in the unlawful offer and sale of unregistered securities in violation of Sections 5(a) and 5(c) of the Securities Act of 1933 by selling EPAs to persons or entities in the United States on or after December 24, 2020. Any member of this putative class may move within 60 days of this publication to seek to serve as a lead plaintiff.

Voyager has raised numerous defenses, including arguing the Court lacks personal jurisdiction over its Canadian parent company and that plaintiff manifested his agreement to Voyager's

User Agreement (containing an Arbitration Provision, which Voyager argues includes a delegation clause requiring claimants to submit threshold issues to the arbitrator) through clicking a box affirming his agreement at registration. Voyager was required to file one consolidated motion to dismiss by next week, where they state they will raise numerous other defenses to these alleged claims.

"Our main goal is simply to allow every common investor a fighting chance," said Adam Moskowitz. Moskowitz further explains "the sale of unregistered securities may allow investors full repayment and this app, we allege, was set up like a carnival game, where every consumer was going to lose."

If you wish to discuss this action and potentially join it as a plaintiff and/or class representative, Joseph Kaye of The Moskowitz Law Firm PLLC may be contacted at (786) 309-9585 or joseph@moskowitz-law.com.

SOURCE The Moskowitz Law Firm