# Exhibit C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 21-24441-CIV-ALTONAGA/Torres**

MARK CASSIDY, on behalf of
himself and others similarly situated,

    Plaintiff,

v.

VOYAGER DIGITAL LTD, and
VOYAGER DIGITAL LLC

    Defendants.
_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S EXPEDITED MOTION TO CLARIFY BRIEFING SCHEDULE ON MOTION TO DISMISS PENDING APPOINTMENT OF LEAD PLAINTIFF/COUNSEL AND FILING CONSOLIDATED AMENDED COMPLAINT**

    THIS CAUSE came before the Court upon Plaintiff's Expedited Motion to Clarify Briefing Schedule on Motion to Dismiss Pending Appointment of Lead Plaintiff/Counsel and Filing Consolidated Amended Complaint, [ECF No. __] (the "Motion"). Having considered the record and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Motion is **GRANTED**.

    2.    On or before May 30, 2022, Plaintiff shall file his response to Voyager Digital LLC's motion to compel Counts 3 and 4 of the Amended Complaint, [ECF No. 46], to individual arbitration. Voyager Digital LLC shall file its reply on or before June 6, 2022.

3. Defendant Voyager Digital LTD's motion to dismiss is **STAYED** pending the appointment of lead plaintiff and the filing of a consolidated complaint. If necessary, Voyager Digital LTD may re-file its motion to dismiss after a consolidated complaint has been filed.

**DONE AND ORDERED** in Miami, Florida, this ___ of May, 2022.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of record