# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-24441-CIV-ALTONAGA/Torres

MARK CASSIDY, on behalf of himself
and others similarly situated,

     Plaintiff,

v.

VOYAGER DIGITAL LTD, and
VOYAGER DIGITAL LLC

     Defendants.
_____/

## DECLARATION OF ZAINAB ALI

     I, Zainab Ali, hereby declare as follows:

     1.    I have personal knowledge of the facts stated herein, and if called upon as a witness, I would and could testify competently to the matters set forth herein.

     2.    I am a citizen and resident of the State of Florida and am over the age of 18.

     3.    I began using the Voyager Platform in November 2021. When I opened my Voyager account, I linked a bank account from Chase Bank and a bank account from Citi Bank. I made a large number of deposits into my Voyager account in order to make trades on the Voyager Platform. I made purchases of stablecoins like USD Coin, and other cryptocurrency assets, such as Bitcoin and Solana.

     4.    The Voyager app did not show me from which account my funds were being pulled when I made deposits on the Voyager Platform. This was not a problem, however, as I deposited over a hundred thousand dollars into the Voyager Platform without any issue.

5. After I closed my account with Citi, however, three $10,000.00 deposits into the Voyager Platform were rejected. I immediately realized that this was the App was pulling funds from my Citi account, and I attempted to make the deposit from my Chase account to rectify the issue. The ACH transfer was rejected, so on January 5, 2022, I reached out to Voyager Support:



6. I followed up over the next week, on January 7 and 10, 2022, and did not receive any response:



2

7. On January 10, 2022, I was advised by Voyager Support that my account had been deactivated, without notice to me and without any response to my customer support inquiry seeking to rectify the deposit issue, by depositing funds from the Chase Bank account that was already linked to my Voyager account:

> **Autumn (Voyager Support)**
> Jan 10, 2022, 1:33 PM EST
>
> Hi Zainab,
>
> Due to your deposits being returned because of your closed bank account, your Voyager account has been deactivated.
>
> In order to be eligible for reconsideration, we require proof of identification. Please enter the Voyager app and navigate to your portfolio page where you should be prompted to submit your ID and selfie.
>
> Please let us know once you have submitted your documents.
>
> The Voyager Team
>
> **VOYAGER**

8. I attempted to upload the information requested "[i]n order to be eligible for reconsideration," but the app was not allowing me to do so. I reached back out to Voyager Support, noted my frustration that there was no customer service line to speak to a representative, and further attempted to explain that the issue could be quickly remedied if Voyager would allow me to make the deposit from the Chase account already linked to the Voyager Platform:

> From: **Support** <support@investvoyager.com>
> Date: Mon, Jan 10, 2022 at 4:02 PM
> To: Zainab Nali <zainab.nali@gmail.com>
>
> Your request (431326) has been updated. To add additional comments, reply to this email.
>
> **Zainab Nali**
> Jan 10, 2022, 4:02 PM EST
>
> Hi, I submitted these at least 5 times now, and it keeps saying re-submit...Is there any other way to submit these to you?
>
> This was an honest error, we closed that account and did not realize it was the main account linked to Voyager... We want to deposit USD into the account asap to cover the negative balance, i would think it is in Voyager's and our mutual interest to allow this asap. Please see all our past transactions (all high figure transaction) are all valid and fine... please assist asap
>
> Also, does Voyager not have any customer service telephone number?? For an exchange yr size and stature this is odd
>
> please help asap

9. I was advised to uninstall and reinstall the app in order to submit the documentation. I did this, and asked Voyager Support to expedite the process:

**Autumn (Voyager Support)**
Jan 11, 2022, 11:51 AM EST

Hi Zainab,

Please uninstall/reinstall the app and make sure it is updated to the latest version. Try submitting your documents again and let us know if you experience an issue.

**Zainab Nali**
Jan 11, 2022, 3:48 PM EST

Done, and documents submitted, please expedite on your end. Thanks

10. The following day, on January 12, 2022, Voyager Support advised me, without explanation, that Voyager had deactivated and closed my account, explaining that "[o]ur decision is final and there is no remediation available to you for reconsideration at this time."

**Autumn (Voyager Support)**
Jan 12, 2022, 2:21 PM EST

Hi Zainab,

Upon further reviewing your account, we have uncovered activity that doesn't meet our requirements and demonstrates a level of risk which we deem unacceptable.

As a result, we are no longer able to offer you an account on our platform and your current account has been deactivated and closed. Our decision is final and there is no remediation available to you for reconsideration at this time.

Due to the nature of this deactivation, Voyager can no longer support crypto withdrawals for your account. Please sell your assets to USD and withdraw your funds back to the same bank that your deposits came from.

Please note, this activity revokes eligibility for participation in our rewards program.

11. I immediately responded that this was unacceptable, and requested an explanation for the sudden deactivation of my account:

> **Zainab Nali**
> Jan 12, 2022, 5:38 PM EST
>
> Excuse me, but no this is ridiculous, and a great way to defraud your consumers.
>
> You claim you have "uncovered activity that doesn't meet our requirements and demonstrates a level of risk which we deem unacceptable." Please explain what exactly that is?
>
> I have not done anything illegal. The only error i made was a mistaken transfer from an account i had closed, not realizing it was in my voyager. I assumed it was my chase account, which has over 300K that i was transferring from. Immediately I recognized this, i let you know.
>
> Throughout this you have demonstrated absolute poor customer service. You have not called me once, despite requesting a call.
>
> I completed the KYC process correctly, what fraud are you talking about????? If you can not even tell me what fraud you are talking about, it is clear you want to defraud me of the interest I legitimately earned.
>
> I demand to speak to a human being. I am NOT going to sell my SOL at a loss. I will file a complaint with Florida's authorities, the SEC, and BBB if this is not resolved professionally, and if that fails I will file a lawsuit against you. If i do not hear satisfactorily from you asap, I will be posting about this experience on all crypto forums which i participate in and will ensure, you do not defraud anyone else.
>
> ball is in your court

12. The only response that I received was that "we do not support a call service at this time" and that "due to security purposes, we are unable to discuss our review results." Voyager Support reiterated that "our decision is final and there is no remediation available to you for reconsideration at this time."

> **Autumn (Voyager Support)**
> Jan 13, 2022, 7:26 AM EST
>
> Hi Zainab,
>
> Unfortunately, we do not support a call service at this time. Additionally, due to security purposes, we are unable to discuss our review results. We sincerely apologize for the inconvenience, but as previously stated, our decision is final and there is no remediation available to you for reconsideration at this time.

DocuSign Envelope ID: DA4EA63B-F548-41BC-A103-DB4560504E57
Case 1:21-cv-24441-CMA Document 60-1 Entered on FLSD Docket 05/30/2022 Page 7 of 9

CASE NO.: 21-24441-CIV-ALTONAGA/Torres

13. I then filed a complaint with the Better Business Bureau (BBB), to which Voyager never responded, through the BBB portal or in the Voyager Support emails, and followed up by email on January 17, 2022 and February 4, 2022:



14. I next received an email on February 15, 2022, from a different Voyager Support representative, explaining that Voyager "made a business decision" to deactivate my account, and that after 90 days, Voyager would "sell any remaining assets on the open market at the prevailing market price and return the proceeds (less any damages, fee, costs, or other obligations to which Voyager is entitled) to the valid bank account linked to your Voyager account.":

DocuSign Envelope ID: DA4EA63B-F548-41BC-A103-DB4560504E57
Case 1:21-cv-24441-CMA Document 60-1 Entered on FLSD Docket 05/30/2022 Page 8 of 9

CASE NO.: 21-24441-CIV-ALTONAGA/Torres

15. I responded on February 15, 2022, to express my frustration with this result, and to demand that Voyager abide by its own terms and conditions that Voyager would allow me to transfer my crypto assets to another crypto wallet or exchange:



Zainab Nali
Feb 15, 2022, 6:25 PM EST

Unfortunately this i NOT acceptable and is criminal. As i clearly explained to you we made a genuine error once by transferring 10k from an account that we forgot as still in Voyager. We attempted to rectify right away by transferring from aNother account already linked to Voyager, but you prevented this. Yet we sold our USDC right away tO correct the negative balance. It was a genuine error. We have as a family done over 200K of transactions on your platform without any issue, why are you penalizing your loyal customers by banning them from your platform? It's really bad business

Your own terms of service clearly state that if a negative balance occurs it should be rectified as such, and we did.. Nonetheless, YOU HAVE ABSOLUTELY NO RIGHT TO FORCE ME TO SELL MY CRYPTO. IF YOU DO NOT WANT ME ON YOUR PLATFORM YOU ARE OBLIGATED TO PROVIDE A WAY FOR ME TO TRANSFER MY CRYPTO HOLDINGS TO ANOTHER CRYPTO WALLET / EXCHANGE. IF YOU TOUCH OR SELL MY CRYPTO I WILL TAKE THIS ALL THE WAY TO THE SUPREME COURT. SO REMEMBER THIS CLEARLY. IF YOU DO NOT WANT EM ON YOUR PLATFORM, ENABLE TRANSFERS OF MY SOL AND OTHER ASSETS OUT OF YOUR ACCOUNT AND I WILL GLADLY TAKE THEM OFF YOUR ACCOUNT. IF YOU DO NOT, THEN DON'T YOU DARE THREATEN ME WITH SELLING OFF MY ASSETS.

16. To attempt to resolve the issue, on February 15, 2022, I also reached out directly to Voyager's CEO, Stephen Ehrlich, asking him to reconsider Voyager's position:

From: Zainab Ali-Khaku <zainab.nali@gmail.com>
Date: Tue, Feb 15, 2022 at 7:59 PM
To: <sehrlich15@yahoo.com>, <sehrlich@lightspeed.com>

Mr. Ehrlich,

I kindly implore you to review the following:

My account was deactivated after a genuine mistake, after 200K+ as a family of legit transactions… and now forcing me to sell my crypto or threatening to steal it from me and sell it…. Not allowed to see the reason why nor allowed to speak to anyone from support…. ??? Seriously, this is how loyal customers are treated?? genuine error corrected right away with a deposit…

While I would ideally like a full reinstatement, at minimum I am requesting you allow me to transfer my own crypto to another address or exchange… you can't threaten to steal my crypto and sell it… i mean this could got to the supreme court;

A complaint with the Florida office of financial regulation is on my desk waiting to be faxed… I implore you please let us settle this amicably

17. Mr. Ehrlich responded "I'll take a look":

From: stephen ehrlich <sehrlich15@yahoo.com>
Date: Tue, Feb 15, 2022 at 8:16 PM
To: Zainab Ali-Khaku <zainab.nali@gmail.com>
Cc: <sehrlich@lightspeed.com>

I'll take a look

Sent from my iPhone

18. I did not receive any further response from Mr. Ehrlich, however, as a result of my request directly to Mr. Ehrlich, on February 28, 2022, I was advised by a different representative from Voyager Support that Voyager had now reversed its prior decision:



19. Had I not reached out directly to Mr. Ehrlich, it is my belief that I would not have received this result from the Voyager Support process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate to the best of my knowledge and belief.

Executed May 25, 2022.

DocuSigned by:

*Zainab Nali*      5/25/2022

EBF5058FFCCD440...

ZAINAB ALI

8