# Exhibit C

| | |
|---|---|
| **Date:** | Friday, February 19 2021 06:11 AM |
| **Subject:** | Re: User Agreement Language |
| **From:** | breynolds <breynolds@investvoyager.com> |
| **To:** | janice barrilleaux <jbarrilleaux@investvoyager.com>; Steve Ehrlich <sehrlich@investvoyager.com>; |
| **CC:** | Gerard Hanshe <ghanshe@investvoyager.com>; |

Agreed!


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: janice barrilleaux <jbarrilleaux@investvoyager.com>
Date: 2/18/21 10:48 PM (GMT-05:00)
To: Steve Ehrlich <sehrlich@investvoyager.com>
Cc: breynolds@investvoyager.com, Gerard Hanshe <ghanshe@investvoyager.com>
Subject: Re: User Agreement Language

That might be good. I just think that we need to be aware that things grossly outdated, even if required, need to be put in their little corner n



Janice Barrilleaux
916.801.9702


> On Feb 18, 2021, at 6:07 PM, Steve Ehrlich <sehrlich@investvoyager.com> wrote:

we also have a GC starting on Monday


Stephen Ehrlich
Chief Executive Officer
investvoyager.com
+1 917.885.9024
+1 203.541.0930

>> On Feb 18, 2021, at 8:58 PM, jbarrilleaux@investvoyager.com wrote:

This is really really vague.

People "dispute" transactions all the time. Also, 6 months is far too long for us to do anything about it. We had a much shorter time period in the brokerage world. Generally it was 30 days after the "statement".

I would like to discuss.

Adding this as is would be problematic IMHO.

CONFIDENTIAL VOYAGER_001890

Let's chat on our next compliance call.

---

**From:** breynolds@investvoyager.com <breynolds@investvoyager.com>
**Sent:** Thursday, February 18, 2021 5:56 PM
**To:** 'Gerard Hanshe' <ghanshe@investvoyager.com>; 'Janice Barrilleaux' <jbarrilleaux@investvoyager.com>
**Cc:** 'Steve Ehrlich' <sehrlich@investvoyager.com>
**Subject:** User Agreement Language

Gerard/Janice,

As discussed, below is suggested wording to add to the user agreement. I am glad to further discuss if you would like. This is suggested based upon the model language and can tweak; however, this should remain largely the same, where possible.

Notice of Error From Sender
You have a right to dispute errors in your transaction. If you think there was an error, contact us within 180 days via one of the following: Telephone _____ or through our website: _____. We will request you provide the following:
- The sender's name, telephone number and address, the recipient's name;
- If known, the telephone or address of the recipient, the remittance transfer to which the notice of the error applies;
- And indicate why you believe an error exists and includes to the extent possible the type, date and amount of the error.

We will determine whether an error has occurred within 90 days after you contact us, and we will correct any error promptly. We will provide you a written explanation of our findings of our investigation within three business days after the completion of our investigation. Upon the sender's request, the company will promptly provide copies of the documents on which we relied in making it error determination.

I recommend adding the above language to the User Agreement where it discusses payments and withdrawals.

Brandi B. Reynolds, CAMS-Audit, CCI
Chief Compliance Officer- New York
864.809.7718

investvoyager.com