# Exhibit E



# Better Business Bureau®

Home > New York > New York > Cryptocurrency Exchange > Voyager Digital, LLC > Complaints

⟪ **Complaints**

## Complaints

**Not BBB Accredited**

## Voyager Digital, LLC

📍 33 Irving Pl Fl 3
New York, NY 10003-2332

🌐 https://www.investvoyager.com/

✉ Email this Business

📞 (212) 547-8807

### Need to file a complaint?
BBB is here to help. We'll guide you through the process.

**File a Complaint**

---

**Complaint Type:** Problems with Product/Service     **Status:** Unanswered

04/01/2022

Voyager digital trading has made it impossible to find my account. Despite having assets held for several months, each time I try to sign in I cant.

---

**Complaint Type:** Problems with Product/Service     **Status:** Unanswered

03/29/2022

They give you ************************************************************************* fees to withdraw then it's worth so I sell the btc and now their app keeps glitching and won't let me link a bank account to withdraw. Their customer service is rude and unhelpful.

**Complaint Type:** Problems with Product/Service          **Status:** Unanswered

03/07/2022

My account was Voyager account was compromised on January 22, 2022. My phone was part of a port scam and my Voyager account was compromised. Since the incident I have secured my phone and emails. However, I have sent multiple request to Voyager and I have not received any response. My account is deactivated and I have had no access to my money for now over a month. I have scanned my drivers license and my face multiple times via the Voyager app and yet have not received any response. This is unacceptable that a *************** holding peoples money would be so detached in communicating with their customers. I would appreciate any assistance with this urgent matter.

**Complaint Type:** Problems with Product/Service          **Status:** Unanswered

03/01/2022

I have made a purchase of crypto but its now showing in my account and customer service is not helping at all

**Complaint Type:** Problems with Product/Service          **Status:** Unanswered

02/23/2022

They took money out of my bank account, without my approval.

**Complaint Type:** Advertising/Sales Issues          **Status:** Unanswered

02/14/2022

When I used the app, I had bought a cryptocurrency called Gala Games. I had went to sell the crypto for a profit, and it said it sold for a set price. When I went to check my balance, it showed that the gala games was still in my account and when I went to sell again, it said I had 0 gala available. Ive contacted support over and over again, and have not been able to get a resolution and this has caused my money to be in limbo where I cannot sell and take advantage of other market opportunities in the crypto space. Im hoping that sharing this will help expedite the process so they can make my account right and resolve the issue as Ive had no assistance in getting this resolved.

**Complaint Type:** Advertising/Sales Issues     **Status:** Unanswered

02/14/2022

I transferred $2,000-$3000 in Ethereum from Trust wallet to voyager on 1/30/22. The funds settled in my Voyager account on 2/2/22. Then the very next day, my funds are magically gone. Theres no record on the website that says where my funds magically disappeared to. I contacted voyager via email 2/3/22, 2/9/22 and 2/11/22 about this issue and no response. I couldnt find any information on how to contact them by phone.

**Complaint Type:** Billing/Collection Issues     **Status:** Unanswered

01/31/2022

I created an account with Voyager around 1/10/22. I deposited a rough total of $4000 I logged into Voyager around 1/27 to suddenly find my account had been deactivated. Contact with their support team has been weak. They only accept communication by email. Their response has been that my account has been placed under review, though they cannot discuss why it was put under review or give a timeline as to when and if my account will be reactivated. That has been their only response. All other requests for information have either gone unanswered or been a copy and paste of their short initial response.

**Complaint Type:** Problems with Product/Service     **Status:** Unanswered

01/31/2022

I purchased $4000 in bitcoin and started a recurring $100 weekly buy in November. At the end of November, start of December the access to my account was locked and required approval. I sent a photo of my license as requested and was told it could take 12 weeks to approve. Meanwhile, I was locked out completely to accessing my account or money. Over the course of this time, and multiple unanswered emails, my money was lost as bitcoin plunged and then finally got an email after I lost everything that my account wasnt approved. I have sense reached out in multiple emails without a reply. I want my money that I was locked out of protecting.

**Complaint Type:** Problems with Product/Service     **Status:** Unanswered

01/26/2022

The Voyager app was suggested to me by a family member to begin investing. I began the process 10/15/21, my account was verified 10/27/21, I transferred $100, 10/25, $100 10/28 and 2/$100 10/29. I have my bank statements that reflect the transfers. I purchased SHIB and loss -$11.77. When the marked changed I logged in 11/22 and money was not visible. I reached out via email as stated on the site, 11/24 and was assured my money was secure even if it was not viewable. I was told the one time versification (which I had already performed) was to ensure my account was up to date and should be viewable. I logged in and performed a transfer for $200 to my savings account linked to the app. On 11/30/21 I still had not received my $200 transfer that was reflected on the Voyager App so I emailed support again and received a response 12/9/21 with reasons why it would take so long to receive my request. On 12/10/2021 my deposit for $200 appeared in my savings. I waited a week or so before...

---

**Complaint Type:** Billing/Collection Issues     **Status:** Unanswered

01/24/2022

My name is ****************************** I am located in ******** ** I am a victim of scammed by the App application voyager digital *** llc on November I signed up with them I use there trading platform to buy crypto currencys I bought couple of tokens in the month November and December 2021 in January 1 2022 around 8 to 9 pm all my crypto been hacked and all tokens been sold all at the same time and purchased Bitcoin in the amount $18233.81 sand to wallet account blackchin Bitcoin block unknown address and everything been vanished I tried to reach them to get explanation to my situation and how my account been hacked it got to do with there App security and there developer of the voyager digital I am a victim but they try to ignore my situation and not to investigate my case all of sudden the closed my account and I cant get back to my account they do have all my personal information basically they scammed me with no protection very dangerous untrusting company

---

**Complaint Type:** Billing/Collection Issues     **Status:** Unanswered

01/19/2022

Voyager Digital, LLC has kept me locked out of my account after fulfilling all their requests for documentation. By keeping me locked out of my account they have imperiled me financially by not having access to my funds for months without cause.

---

**Customer Response**

03/05/2022

Better Business Bureau:

At this time, **I have not been contacted by Voyager Digital, LLC** regarding complaint **ID ********.**

Sincerely,

*****************************

---

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

01/13/2022

Over a month ago I had to disable my account since it had become compromised. I have tried to get my account unlocked so that I can either purchase bitcoin or withdraw the funds to another account as the current linked bank account is now closed because it too had become compromised. It took weeks for support to get me to verify my identity and I havent heard back from them in a week.

---

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

01/10/2022

On 1/4/22 I made a transaction via Bitcoin to my wallet address in voyager. Once it went through, I trade withdrawing my funds. They notified me saying I was not able to make a withdrawal and had to wait 60 days until being able to do so. I also had to make deposits successfully during that time as well. I have reached out to them via email and phone with no response. They are doing this to thousands and thousands to other well from reviews.

---

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

01/06/2022

I have used Voyager for a little over a year for cryptocurrency. I decided to withdraw and transfer my money to another account outside of Voyager on 11/19/2021. The transfer did not complete and was marked as pending under status of the transfer details. I transferred ******* ETH which is currently worth $6,522.95 in ************* Dollars today. There was no cause for it to be marked pending but the message displayed said that: "All withdrawals are subject to review and may take up to 24 hours to process." I have submitted several tickets and have received no correspondence from their support other than automated responses to the tickets. It has now been 47 days with no response and no way to access my funds. I am extremely concerned as this is a large sum of money. I need support to process this

extremely concerned as this is a large sum of money. I need support to process this transfer and remove my funds from their platform. My main ticket number is: ******. Please help me get this resolved. Thank you for your time.

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

01/03/2022

Transferred crypto to Voyager that is successful on blockchain with all required confirmations. The To address is correct. I have opened 10 tickets with investvoyager over last 2-3 weeks. They auto close tickets without resolution. There is no live customer service that you can reach. Current the successful transaction deposit is missing from voyager account for the amount of over 4K since 12/2/2021 Transaction hash: ************************************************************

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

12/30/2021

Hello, I have setup an account with voyager digital for about 3months, until about a month ago, they decided to deactivate my account without notice, to this day no customer service or what so ever contacted me to tell me what is going on, I did deposit $15k, I worked so hard for this money, I'm so stressed out because I'm hopeless, I can't reach any 1 in order to help me out.If they decided to cancel my account, it is their right to do so, but the right thing is to send my money back not to shut down my account and keep my money.So please help me to refund my money, thank you in advance. ***!!!Ticket number: ******

**Customer Response**                                    02/10/2022

Better Business Bureau:

At this time, **I have not been contacted by Voyager Digital, LLC** regarding complaint **ID ********.**

Sincerely,

**********************

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

**Complaint Type:** Problems with Product Service — **Status:** Unanswered

12/29/2021

On 12/21/21 my crypto account of ********** ***** *** was hacked and I lost over ***** dollars. There was absolutely no support given to me. They did not even lock my account to keep further hacking from happening.

**Customer Response** 02/09/2022

Better Business Bureau:

At this time, **I have not been contacted by Voyager Digital, LLC** regarding complaint **ID ********.**

Sincerely,

*********************

---

**Complaint Type:** Billing/Collection Issues **Status:** Unanswered

12/16/2021

Good Day,I opened a cryptocurrency account with Voyager and made a deposit. They closed my account with my funds still in the account when I initiated a withdrawal of the profits. I want the remaining funds to be deposited in the account on file ending in x**** ***** *****. I can't get in contact with them and they are holding my money illegally or it's a scam.

**Customer Response** 01/27/2022

At this time, I have been contacted directly by Voyager Digital, LLC regarding complaint ID ********, **however my complaint has NOT been resolved because:**

**[Your Answer Here]**

**In order for the BBB to appropriately process your response, you MUST answer the question above.**

Sincerely,

*************************

---

**Complaint Type:** Problems with Product/Service          **Status:** Unanswered

12/16/2021

I bought ****** of ETH on 12/8. Only ****** transferred on 12/9. I wanted to send my ETH to MetaMask and swap it with HEX coin. HEX was right under $0.13 on 12/8 and 12/9. As of this writing it is at $0.218. ETH was around $4400 last week when I wanted to transfer. As of this writing it's at $4038. I should of had around $400 of ETH to transfer to MetaMask, but now it's around $360. If I had been able to transfer my money and paid a generous estimate of $75 I could of had around **** HEX coins right now. The difference between **** HEX coins at $.13 to $.218 is a profit of $220. As of this writing I want an additional $260 for the money you cost. The $40 in the price I purchased in ETH last week and the $220 I would have made in profit from HEX this week.

---

**Complaint Type:** Billing/Collection Issues          **Status:** Unanswered

12/15/2021

I opened an account with $1,000 deposit. A few weeks later, my phone was driven over and the screen was shattered. My account was set up with facial recognition. I have tried multiple times to get assistance logging into this account. I got a response asking for ID with address, photo with date and voyager handwritten. I have sent this. The link they sent did not recognize my user name and/or password. I need assistance logging into my account beyond their unhelpful list of questions and answers. Is this something I need to address to the ****

**Complaint Type:** Problems with Product/Service     **Status:** Unanswered

12/13/2021

Voyager allowed me to open an account make deposits make several trades. Also make 1 USD withdrawal and weeks later when I tried to withdraw MY money they pulled this "account pending" scam. I submitted requested information immediately and it has already been 1 month and they are still holding MY money and have my account pending for what they say can take up to 12 WEEKS. This is criminal behavior. Don't trust them it's a scam they obviously have no money to be in the market with. Not a legitimate business!

**Complaint Type:** Problems with Product/Service     **Status:** Unanswered

12/08/2021

I am writing to file a complaint about how Voyager is processing withdrawals and deposits. Well over seven days ago, I made a sale for a little over $1500 and requested the funds be deposited to my account. After making the deposit, I decided I wanted to diversify our holdings and made several other purchases and put in for individual withdraws on the account. Here are the dollar amounts that have gone through so far: $200, $350, $300, $350, $200, $50, $150, $250, $200. Most of these were done on the same day. To date, Voyager has yet to deposit the $1500 withdrawal to our checking account but has managed to take all of these funds out of the account. I have e-mailed Voyager. I have received automated AI responses that fail to properly address the problem. When I have e-mailed them back directly, they have failed to respond. I just sent them another e-mail, this time clicking on a delivery verification. I have included a screen print verifying it was delivered.I expect Voyager to address this problem. If they can manage to take money out of the account they can manage to put money in the account. This does not give me any confidence in using their new debit card that is coming out to pay bills. I planned on transferring money to hold in the account for this purpose. As of now, I won't be doing that when we receive the card.

**Customer Response**     01/20/2022

Better Business Bureau:

At this time, **I have not been contacted by Voyager Digital, LLC** regarding complaint **ID ********.**

Sincerely,

*******************************

**Complaint Type:** Advertising/Sales Issues        **Status:** Unanswered

12/07/2021

Its been really bad week for me I got a lot of money inside my voyager and all of a sudden I cant login again its saying inactive account who does that with my money Inside I decided to contact support and I submitted my complaint ticket this is my ticket no (******) since November 17 I didnt get a response from them and my money is inside that app and alot of people are complaining about that issue and they didnt do anything about it no customer service they scamming us **********************

**Complaint Type:** Billing/Collection Issues        **Status:** Unanswered

12/07/2021

I opened an account with Voyager and filled their promotion requirments (promotion code - *******). The promotion terms say that once fulfilling the all requirements, an award equal $100 in BTC will be deposited into my account. This was over a month ago and so I received nothing. I opened a case with the company about 2 weeks ago and still haven't received any reply.

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

12/07/2021

I was promised a $100 in Bitcoin for the Halloween MAVS promo code for signing up for the App, complete a deposit, and making a trade. I completed all the requirements and I have not received my $100 in Bitcoin. I submitted a ticket number with screenshots of me meeting the requirements and I have not received a reply or my promo money. I submitted Support: Ticket # (******) with all the proof. Can you please help me recover my money? Thank you for the help in advance.

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

12/06/2021

I created my Voyager account on 10/22/21. I linked my bank account and transferred couple hundred dollars the same day. Everything was verified correctly by Voyager and I was good to go to start trading. Few days later I transferred additional $200 to Voyager. I was testing out Voyager before making a larger transfer from my bank. Everything was looking good until recently I tried to access the app to make another transfer. My access was blocked by Voyager and they wanted me to upload my

transfer. My access was blocked by Voyager and they wanted me to upload my Drivers License and a Selfie in order to verify my account. This came as a red flag to me since my account has already been verified and I was actively trading. Also if

they required this information they shouldve asked for it during account creation, I wouldve declined to open an account at that point. I have other brokerage accounts as well and never have been asked for this information. I dont feel comfortable sharing my Drivers license and a selfie to a brokerage app that doesnt even have a proper ...

---

**Complaint Type:** Problems with Product/Service          **Status:** Unanswered

12/06/2021

I had transferred ****** a digital currency via the Polygon network to my VOYAGER account. The Voyager deposit page did not mention anywhere that deposits would only be accepted via the ERC20 network or Polygon network. To this day I do not know which network they accept deposits from because it is not clearly mentioned. The polygon network confirmed my transfer to the new address but the funds never made it to my Voyager account. I have reached out:1) By creating a ticket with the Voyager support 24 hours after the transfer on Nov 25th. 2) By following up on December 2nd, a week later. I have received no response from the Voyager support staff. I would consider this issue resolved once the ***** transferred to my address is made available in my VOYAGER account.

**Customer Response**                                                              01/18/2022

At this time, I have been contacted directly by Voyager Digital, LLC regarding complaint ID ********, **however my complaint has NOT been resolved because:**

**[Your Answer Here]**

VOYAGER did not provide the required information to successfully deposit funds, and as a result they are saying the funds are not recoverable. When I completed my transfer on November 24th the deposit page did not mention that the Polygon Network would not be supported. On Jan 1st, VOYAGER added a warning for clients trying to transfer using the polygon network.

The funds were lost because of VOYAGER's inability to provide clients with the correct details to deposit funds.


(Sreenshots of deposit page Before and After update)

***************************


_____

VOYAGER Responded with the following:


**** ********* ****   ***** *** *** *** ******** *** *** ********* ********* ***
*** ****** *************** **** ****** ****** ** **** ********* ****** ******* **
*** ******** ** **** ***** ** ** *** ******* *** ******* *********** ** ** ***
****** ** ******* **** ******** **** *********** *** **** ***** *** ** ** ***
******* ******* ** *** ****** *** ******* ******* ********   ** *** ********
********* ***** *** * ******* ****** ** ****** ** * **** ***** ** *** ***********
**** ** ***** ****** *** ********* ** ******* ** ****** ******* ***** ****** ***
**** ********* ** ***** ****** ***** ****** ****** **** **** *** *** **********
****** ** ******** **** ** ** ** ***** *********** *** ******* ****


_____

** ********* ** ********** ********* ** ** ***** ** ** **** *** ******* ***********
** *** ********** ******** **** * ********* ** ******** ** *** ***** *** *******
*** *** *** ******* *** *** ******* *********** *** *** ********* *** ***** ****
** **** *** ******* *** ** *** *** ********* ******* ** ***** ****** ** *********
***** ** ********* * ******* ******* ** ** **** ** ****** *********  **** ** ****
********* ***** ******* *** *** ****** *** *** * ******* ***** *** ******** ****
***** ***** *** ** ******* *** *** ****** ********* ** ***** ******* *****
*********** ** *** *** ** *** **** *** *** *** *** ** **** ******
**************************** ** *** ***** *** *** *********** ******* ******
****** ** **** *** ***** **** * ******** *********** ** *** ***** ********
***


**In order for the BBB to appropriately process your response, you MUST answer the question above.**

Sincerely,

*** *****

**Complaint Type:** Guarantee/Warranty Issues        **Status:** Unanswered

11/30/2021

I've been waiting over 7 months for them to verify my ID. No response from them or access to account.

---

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

11/30/2021

Voyager Crypto App - I set up an account, verified my ID - couple months later they asked to verify my ID again after making trades and deposits. Then i got a message saying that my ID failed with no resolution. Now I don't have access to my account

with no way to contact them besides email. It's been over 12 weeks and I still don't have access to my money or a response from them. Company stole my money, it's a scam company

---

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

11/29/2021

I initiated a transfer of ***** tokens from my Coinbase Wallet to my Voyager wallet. I made the transfer on the Polygon network, only to find out afterwards that they only accept the transactions on the ERC20 network. This is not clearly stated on the page where the wallet address is obtained. The funds should be able to be reclaimed by them or by myself if my wallet's private key is provided. I've checked the transaction history and it was successful, the funds show in the wallet, but i can't access it. At the time of this complaint, the value is around $663. The transaction hash is ***************************************************************** Attachments show that the balance was successfully deposited to the wallet that I cannot access. The other attachment shows that the network to send on is not explicitly stated, even insinuated that it would be supported on the Polygon network as it says "send only ***** Polygon" with no mention of ERC20. I've seen many reports of others making this mistake and that support requests have gone unanswered for months.I would like access to my funds or for the qui aren't funds to be provided to me.

**Customer Response**                                          01/09/2022

Better Business Bureau:

At this time, **I have not been contacted by Voyager Digital, LLC** regarding complaint **ID ********.**

Sincerely,

***********************

---

**Complaint Type:** Billing/Collection Issues        **Status:** Unanswered

11/24/2021

I saw **** ****** announcement that anyone who downloads this app and deposits a certain amount of money etc gets a special promo. Of course, when I downloaded it

there was a technical error so I missed the deadline to get the special promo even though I was trying to sign up but couldnt finish the process because of the app itself. Anyway, I ended up still becoming curious about the world of cryptocurrency and decided to deposit the little I had ($200) over the course of a few days of learning and trading on the app. I had already gone through the process of verifying my account so I never would have imagined that two weeks in of obsessively on the app, right at the peak and fall of the market, I wanted to see where my investment was at, but when I tried logging in I saw a message under the portfolio tab saying that I needed to further verify my account by scanning my drivers license. My gut told me oh no what if this is a scam and I was getting identity theft vibes. But because ...

---

**Complaint Type:** Guarantee/Warranty Issues        **Status:** Unanswered

11/23/2021

Money/Crypto transfers are taking twice as long as they claim to process or more. OR not at all. There is absolutely no response from support, and they only support number I could find is disconnected.

---

**Complaint Type:** Billing/Collection Issues        **Status:** Unanswered

11/23/2021

My account is pending review I've had this account open for a few months and made deposits from my bank account to Voyager. This is bogus and I want my account off this status to make trades .

**Complaint Type:** Guarantee/Warranty Issues        **Status:** Unanswered

11/23/2021

I have purchased 10k worth of assests from this company and my account is all of a sudden pending after 4 months of doing business I cant withdrawal my assests I have went to their branch in ******** with no luck there is no customer support

---

**Complaint Type:** Advertising/Sales Issues        **Status:** Unanswered

11/23/2021

I had over 46 million shib on voyager. Now it says I have zero and that I have to wait up to 12 weeks for resolution and to not contact customer support

---

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

11/22/2021

They have continued to withhold my money without releasing it under the grounds of it be pitied but when it's well past their pending date it's illegal for them to continue to hold my money. Their customer support is non-existent

---

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

11/22/2021

Voyager marketed a scheme to lure new customers to deposit $100, make a trade in cryptocurrency and they would receive $100 in Bitcoin for free. The company never honored the agreement and held more than 50% of my initial $100 hostage, meaning they effectively stole these funds. Furthermore, they offer a customer service email submission but no one ever responds. Im seeking remedy before contacting the ***** the SEC and the *** to report allegations of fraud. Thank you for your assistance.

---

**Complaint Type:** Advertising/Sales Issues        **Status:** Unanswered

11/22/2021

My issue is that I had my personal info hacked from a breach I believe by tmobile when my info was sold on the black market and my phone had also been stolen I presumed with my wallet. So I had to go through a lot of accounts and banks that I had to call and cancel the accounts and some I re opened under another account numbers but when I got a new phone and a months worth of b*** I went through I

numbers but when I got a new phone and a months worth of rt—I went through I went ahead and downloaded voyager again and tried to log in, I thought ok why does my account say inactive or disabled so I tried reset my password well it let me reset my password and I used it to log in but said account inactive ok where is my funds now! Im getting upset since I went through all of this and then voyager inactivated my account so I try to make another one with ********************* since I switched email addresses and everything and says I have an account already to log out and log in with the one I had my money in. Still nothing then reach out to voyager and received the rudest email ever from a company who is supposed to be i buisness with the public. I can supply the email actually both on request but they denied me after saying all this and they didnt even care what I went thru but stole my funds in my inactive account with no explanation and for me not to contact them again cause the email was a final notice. Hello ! Ive been hacked from another companys breach where I had my accounts frozen and you guys sit there and stole my access and refuse to give me access and my funds back. Il give few days and reach out to ******************* the SEC to look into this fraud you guys are doing. Its

a shame when I been with you guys from the very beginning also will reach out to the *** on ******* about this also

**Customer Response**                                                          01/02/2022

Better Business Bureau:

At this time, **I have not been contacted by Voyager Digital, LLC** regarding complaint **ID ********.**

Sincerely,

*******************

**Complaint Type:** Problems with Product/Service          **Status:** Unanswered

11/18/2021

I created an account on October 11, and provided all of the required documentation to confirm my identity. I was approved and immediately transferred money from my bank account, and began trading. On Nov 3, was trying to log in but forgot my password. I clicked the button to reset my password, and I received the email and changed the password. At first, it looked like it worked, but soon after I realized my account had been locked. The message says that my account is "pending" and that my account application is under review. The $500 I put into the account, plus the additional funds on the cryptocurrency I purchased, are all frozen. I attempted to contact customer service through an online ticket, which the company never responded to. I emailed multiple times with no response and tried calling but there is no customer service line. My money is frozen and I cannot reach anyone to help me

resolve the problem.

---

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

11/17/2021

I invested in crypto and usdc on the voyager app under the basis that I could access my investments sell or buy as desired however the companys app is not allowing me to access my funds I cant sell or access any of my investments and they will not respond to any request submitted for customer service to help with the issue they are holding my investments with no response I just want my money back at this point

---

**Complaint Type:** Billing/Collection Issues        **Status:** Unanswered

11/16/2021

Voyager closed my account on 10/17 with my balance of ***** OXT. They said the previous deposits were failed and if I can make successful deposit within 60 days, I would be able to withdraw the money. Then they suddenly closed my account. I told them that I liquidated my asset to cover to the negative balance and the amount in the account at that time was my profit. If they decided to shutdown my account they should allow me to withdraw my profit but they stole them without giving me back my balance at that point. I understand that they have the right to close the account but they do not have any right to steal people profit from the trading even the deposits were not going through, the users have been selling their assets to cover the negative balance. According to their Terms, Upon termination or cancellation of the Account, Customer must provide ******************** with transfer instructions, together with all other information that Voyager may reasonably request, in order to transfe...

---

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

11/16/2021

I've been a voyager customer for months and its been absolutely horrible. My money is being held hostage. Their app technology is absolutly trash and for some odd reason de-linked my bank accounts, no big deal. I've no re-linked my bank account 5 times and it's still not working, not letting me withdrawal my money. I've had open tickets for FOUR WEEKS AND ZERO REPSONSES. I've sent messages on ******** instagram, and opened tickets on their app. ZERO RESPONSES. THIS COMPANY IS BORDERLINE FRAUDLENT. I WANT MY MONEY AND TO NEVER USE THIS TERRIBLE APP AGAIN.

**Customer Response**                                    12/28/2021

Better Business Bureau:

At this time, **I have not been contacted by Voyager Digital, LLC** regarding complaint **ID
********. They **** and are the worst company of all time. My money is still trapped.

Sincerely,

***************************

---

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

11/15/2021

I submitted a service ticket to Voyager on 10/26/2021 and havent received a
response or follow up. This ticket is in reference to funds I have transferred to this
platform. I have been using this platform for quite some time now & also have
referred a lot of new members. I really like the platform however, I have an issue with
customer service. The *** needs to hire more staff to assist the growing
cryptocurrency industry. I have seen a lot of people complain about this same issue.
It takes weeks or months for someone to respond about an account that has their
money in it. I have submitted quite a few tickets, I have tried to contact them on
**************************** and Email. Now I have to take a different avenue to try and
obtain results to the issue at hand.Ticket #******

---

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

11/12/2021

I transferred my crypto currency into the Voyager account I have and it will not show
up in the wallet. Everything is correct in the block chain but my cryptos have not
arrived to my wallet. Ive contacted customer service and no response. Upon
investigating many others has faced the same issues.I just want my cryptos placed
in my wallet

---

**Complaint Type:** Billing/Collection Issues        **Status:** Unanswered

11/08/2021

I deposited 100$ into a voyager acount the acount balance is now 203$ but It says I
can only withdraw 73$ and that amount keeps changing also thier is no way to
withdraw the rest or close the acount

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

11/03/2021

I cannot withdraw funds from my account despite multiple deposits being accepted. I have contacted customer support daily for weeks with no response. This company is essentially holding funds hostage that I need for urgent medical costs.They will happily take your money, but giving anything back is impossible.

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

11/03/2021

After depositing money into the app over the past month or so, after all such deposits and purchases of crypto in the app have cleared (per the in-app information), I attempted to make my first transfer out of crypto (USDC) to another app, Celsius using a wallet address. Each time I try, I am met with the false error message that withdrawals are limited to $25,000 per 24 hours. However, I have never made any prior transfer out and am trying to transfer out exactly $25,000 of USDC. I have contacted customer service about this on October 23, followed up multiple times, and never heard back. Each time I try again in case the funds have now actually cleared, I am presented with a transfer out fee higher than the last one. Today's was $50 versus the original of $20. So the transfer fees for Voyager not correctly processing the transfer keep increasing. I want the transfer out processed ASAP for no more than the original $20 transfer fee and given the poor customer service and time el...

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

11/02/2021

On Oct. 29, 2021 I transferred ****** MATIC($559.31) from ********** to Voyager. This transfer was confirmed by the website Polygonscan under this transaction number (hash): ************************************************************** Even though this transaction is confirmed to have been completed successfully, the money has not appeared in my Voyager account. I dutifully reached out to Voyager customer service. They did not respond. I reached out again and received an auto-generated response. The business has not resolved this problem. They have not even responded with a human as far as I can determine. The customer service ticket ID is: ******

Privacy - Terms

**Complaint Type:** Billing/Collection Issues     **Status:** Unanswered

11/02/2021

I have funds in a Voyager account that I am unable to retrieve.After many pleas and no response, I am here.I URGENTLY need those funds and have had 0
*******************************

---

**Complaint Type:** Problems with Product/Service     **Status:** Unanswered

11/01/2021

Hello, I'm not quite sure if I have the correct address for this company, or if I even have the correct and proper business name, but I do think it is Voyager Digital because that's all I can find on them. Voyager is an internet based stocks buying/selling/trading company. They are easily searched on the web but that's where I would need your assistance beyond that. Recently, I purchased $5000 worth of DogeCoin crypto currency on their website. About 2 weeks ago I decided I wanted to sell my 13k+ shares of the stock. When I got to their "sell" screen it only showed 45 shares to sell, however my portfolio shows the correct amount of over 13k. I tried reaching out to them via all avenues of social media ****************** Instagram) as well as emailed them twice via their support tickets, and via the only telephone number I could find online. There is no address, nor anyone answering the telephone number for them on their website and the only way they show that you can reach them is via...

---

**Complaint Type:** Problems with Product/Service     **Status:** Unanswered

10/29/2021

I purchased the *** ethereum token and the company swapped to contract leaving me holding a bag of worthless tokens. The value is 0. Currently, the value of the tokens on the new contract is just under $3 meaning that I have incurred a loss of approximately $515.

---

**Customer Response**     12/10/2021

Better Business Bureau:

At this time, **I have not been contacted by Voyager Digital, LLC** regarding complaint **ID** ********.

Sincerely,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Complaint Type:** Billing/Collection Issues     **Status:** Unanswered

10/18/2021

9/26 my crypto account held by Voyager digital was hacked. Hackers changed my email and password so I cant get into my account to get the transactions completed to file a police report. I have tried their \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* several times and no response. They don't seem to have a phone number to call for resolution either. Just need someone to answer so I can get info for police report

**Complaint Type:** Problems with Product/Service     **Status:** Unanswered

10/18/2021

On 10/22/2020 I transferred a little over 20 Bitcoin Cash cryptocurrency tokens to my voyager account. On July 1, 2021, Bitcoin Cash forked into two coins: Bitcoin Cash and Bitcoin \*\*\*\*\*\*\*\*\* Numerous Tweets and other public communication provided by Voyager announced (prior to the fork) that they would support the forked coins if and when it became a viable fork. At that time, it was said that our new forked coins would appear in our accounts. Bitcoin \*\*\*\*\*\*\*\* is fully viable at this time and has been for many months, however the forked coins have never appeared in my account. I began reaching out to Voyager via email (their only avenue of communication) beginning on 4/13/2021 and received a generic automated email with ticket #\*\*\*\*\*\*. I have attempted multiple times over the months with additional emails. I have never received any communication other than generic automated responses. The current \*\* dollar value of these coins is over $3,000, yet I have heard nothing.

**Customer Response**                                                                 11/29/2021

Better Business Bureau:

At this time, **I have not been contacted by Voyager Digital, LLC** regarding complaint **ID \*\*\*\*\*\*\*\***.

Sincerely,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Complaint Type:** Billing/Collection Issues        **Status:** Unanswered

09/29/2021

On 9/2/21 I submitted a request through my voyager investment app to have $7000 deposited to back to by personal bank account. 9/9/21 the transaction shows as complete in the voyager app. I do not have the funds in my personal bank account nor is the the last four digits they have listed for my account correct. I have never edited my banking information since adding it to the account and have made successful deposits to voyager. There is no customer service phone number to reach this company listed any where. Thursday 9/23 I emailed them a request to investigate. Friday 9/24 I submitted a ticket via their "contact support" webform - Ticket ****** They give no timeframe of when a request will get a reply.There is no way to see your ticket and get a status on their website I have not heard from them. I am concerned. I would like to know where my $7000 funds are.**************************** formerly ****************************** - ***************

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

09/16/2021

I have been trying to withdraw some of my crypto from this pp for almost a week. Currently have over $5,000 worth stuck in the wallet. I get a confirmation text, then I wait for an e-mail to authorize the transaction, and the email never arrives. Yes, I have checked spam.Yes, I have written them.Yes I have contacted them through ********* After several days of no response, when I said my next step was filing with the BBB and sharing my experience on ************* someone stated they would escalate this issue through ********* Messenger. That was almost 2 days ago. No response. Checked emails (and spam).I attempted to withdraw tonight and now I didn't even get a confirmation text this time. I do hope someone will finally respond to me.

**Complaint Type:** Advertising/Sales Issues        **Status:** Unanswered

08/26/2021

I have been a Voyager user since 07/31/21. My account ID email is *****************************. I need urgent help withdrawing my funds. The funds in my Voyager account are effectively stuck. On 8/15, I funded $3.4 million worth of digital assets into my Voyager wallet expecting to be able to transfer the funds onward. To my surprise, after the deposit I encountered a withdrawal limit of $25k/day - which would be 156 days of daily withdrawals to move my funds out. That is too long, especially since the Voyager app never adequately warned me of any such limits. I requested Voyager to enable me to withdraw all my funds from my account, either by increasing my withdrawal limits equal to my account value, or returning all funds from my Voyager account by 8/22. I have written to them via priority mail to their support portal, NY office, and CEO last 8/19/2021. Despite the large sums of money

support portal, NY office, and CEO last 8/19/2021. Despite the large sums of money, and my continued messages about this issue - no one from Voyager has responded meaningfully.

**Customer Response**                                                      10/06/2021

Better Business Bureau:

At this time, **I have not been contacted by Voyager Digital, LLC** regarding complaint **ID *********
Sincerely,

****** *******

---

**Complaint Type:** Problems with Product/Service          **Status:** Unanswered

08/25/2021

I made crypto transfer from my coinbase account to my new Voyager account on Sunday Aug 22th that usually takes less than an hour and as of today August 25th I still do not have the ETH transfer in my account . I have provided Voyager everything they ask and nobody has gotten back to me . Please help .

---

**Complaint Type:** Problems with Product/Service          **Status:** Unanswered

08/12/2021

I transferred 11,100.3185 XRPs from my coinbase account to Voyager wallet on April 7, 2021. Transaction Hash: *************************************************************. The coins were submitted from coinbase successfully. However, I never received coins on my Voyager account. I opened customer support ticket #****** on April 9 and #****** on April 7 and never received a response. I am still waiting for my coins. This is while the value of the coins continue to rise and I am unable to do any transactions on them. A huge revenue loss for me and Voyager does not bother to give my coins back. I want them either in my Voyager account or back to my coinbase account if Voyager can cancel the transaction and have the funds sent back to my Coinbase. Either way is fine. I just don't want to lose my money or coins.

---

**Complaint Type:** Problems with Product/Service          **Status:** Unanswered

08/09/2021

I've been dealing with Voyager customer service for over 6 months. I've had several open tickets and to date have only received three replies, only one of which has given me an answer to my problem with no resolution offered or even suggested. Basically, Voyager is holding the money I deposited hostage. My bank, Chime, is no longer supported on their platform. At least that's what a customer service agent told me in a recent email. I've waited 6. months to understand why I can't deposit or withdraw money, and finally I know why, but that's only half the problem. ? Now the money that they have is essentially being held hostage as I have no way to transfer it out. I've asked for a check or any other solution short of opening a bank account just to transfer a few dollars, but they've not replied and offered no path to resolve my issue. Chosing to not work with Chime, for whatever reason, isn't my fault. I want my money returned to me.

**Complaint Type:** Problems with Product/Service     **Status:** Unanswered

08/09/2021

I have purchase cryptocurrencies from voyager. When I go to transfer out to another wallet it takes days. It is supposed to be done in minutes. That is the whole purpose of holding cryptocurrencies. I try to sell when they are dropping and transfer to exchanges where I can stake and actually make money. They also don't give wallets so that I can't transfer half the coins I hold there. For instance. I am not able to transfer my xlm without having to sell it (pay fees) then wait 3 days to get the funds to buy at a different exchange just to pay more fees. They force you to pay their fees and loose money.

**Complaint Type:** Problems with Product/Service     **Status:** Unanswered

07/20/2021

On voyager, my money$3616.31 is held in open orders (which do not exist). I have contacted voyager digital many times. Since March 2021, I have raised support ticket ******, ******, ****** with them to resolve my issue. So far, I have not got any response.

**Complaint Type:** Guarantee/Warranty Issues     **Status:** Unanswered

07/19/2021

I applied to this app for crypto platform. I was advised after months of waiting that I am flagged. I have access and have never been red flagged anywhere. Currently on multiple stock and crypto platforms. I want this reviewed and corrected asap.

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

07/13/2021

Since May 2021, have been trying to log in to my Voyager account which has a balance of over $10K.Every time I try to log in I get an "Internal Server Issue" message, leaving me without access to my funds. I have reset passwords, deleted and reinstalled the app, tried on multiple devices and still getting the same error message. I created a support ticket, which was prompty closed 4 days later with no resolution by the Voyager team. I contacted them via Reddit and ******** again - no response. My funds have been locked up and I am looking for this to be resolved. I am not the only one complaining about this issue that for some, started in Feb 2021 and still haven't seen a fix.

**Complaint Type:** Billing/Collection Issues        **Status:** Unanswered

07/12/2021

deposited & then my account was disabled was going to delete banking info so it's not stuck on my account... But they locked me out before I could do anything 3/22 still locked out of account no one responded to my email took the money but froze the account Update 4-17-21 still locked out of the account not even a email back **** still locked out of the account 6-4 still locked out june 27th now say account is inactive no reply from the support... They have my money and closed my account down won't unlock my account so I can draw out the funds I would like to be compensated back or my account back open this was 4 months ago

**Complaint Type:** Billing/Collection Issues        **Status:** Unanswered

06/23/2021

I have sent out many requests for customer service help I have open many support tickets with this company. Now for over 2 months almost 3 I have been unable to get anyone to respond and the only time they seem to respond is when my email is the not right one, I have been trying to RE ADD A BANK ACCOUNT and every bank account I will not connect to the app it keeps saying we don't support this bank or error or it just freezes on me I finally used a ach link to link my bank account and try to withdraw some of my funds 24 hours later the funds reappear in my account and my bank account is not there anymore so really like the app but the customer is ridiculous

**Complaint Type:** Delivery Issues        **Status:** Unanswered

06/17/2021

Total of $4155 transferred to my voyager account (deposit history). On May 10th, I bought $700 of bitcoin through the app which never shows up in my portfolio. On the

same day, I bought $300 of Polkadot but the amount end up doubled in my portfolio using $600 from my fund. Please refer to screen cap Missing BTC, DOT order, Order History 1, Order History 2 and Portfolio for proof. The mistakes they made in these two transactions result in a balance of $400 in my account that is still on hold (Balance). I'm not sure how they can fix those transactions and how they can compensate me but at least I want to use my $400 for trading. Their system is unstable and usually down or made mistakes when the market is hot, resulting in lost for investors. The other two market orders I made on May 10th were stayed open for a long time before they change the status to failed and release my fund back to me (Open order ADA and Open Order Doge). No response from their support team, 4 tickets submitted

**Complaint Type:** Billing/Collection Issues        **Status:** Unanswered

06/17/2021

I tried making a deposit of $5000 into my voyager account after an already successful deposit of $1350 done on 05/18 &05/20 of $1300 and $50 respectively.During the deposit processing,my Checking account got closed and the proceedings were cancelled.While I don't mind that,before the incident,I had withdrawn a total of 0.019338btc from my account which amounts to about $800.My voyager account was rendered inactive and I was advised to liquidate my balance.I tried doing so only to be told that my balance was negative.I tried sending proof countless times but had received no response. Please help. Attached are pictures of my transaction history before the closure of my voyager account.The mail sent to me after and replies.

**Complaint Type:** Advertising/Sales Issues        **Status:** Unanswered

06/04/2021

This company has had many issues with not being able to get into your account. There latest scam is having you log in when you never had to before and then asking for birthday and social security number and then saying you are create a new account and your real account is gone and can not access it. I have around 800 dollars in this account and it's saying 0.00 I have contacted their so called support and keep getting the same message to log out and log back in. Which does not work and does not ease my mind that they have stolen my funds and locked me out of my account.

Privacy - Terms

**Complaint Type:** Problems with Product/Service       **Status:** Unanswered

06/02/2021

I have put in several help tickets to release a pending order and its still on pending. I just want my money back so I can close this account. You cant call anyone and there is no way to track the status My email with the app is - *********************** Support ticket number: ****** submitted 6/1/21 ****** submitted 5/26/21 ****** submitted 5/26/21 ****** submitted 5/24/21 ****** submitted 5/19/21

**Customer Response**                                    07/14/2021

Better Business Bureau:

At this time, **I have not been contacted by Voyager Digital, LLC** regarding complaint **ID ********.**

Sincerely,

****** *****

---

**Complaint Type:** Problems with Product/Service       **Status:** Unanswered

06/02/2021

Hi, I submitted a ticket to Voyager on April 29th, 2021, ticket # ****** It has been over a month with no reply from Voyager. I submitted an additional 2 tickets a week apart with no reply either. On April 28th, 2021 I sent $767.49 of USDT to my Voyager account's wallet. After not receiving it in my Voyager Wallet I then contacted customer support on April 29th, 2021 but have not heard anything back yet. I still do not have the funds I sent and have yet to have any reply back from Voyager.

**Customer Response**                                    07/14/2021

Better Business Bureau:

At this time, **I have not been contacted by Voyager Digital, LLC** regarding complaint **ID ********** Sincerely,

******** *********

**Complaint Type:** Problems with Product/Service     **Status:** Unanswered

05/28/2021

I have reached out to Voyager digital about a issue accessing my account. My first email was on May 11 and I have emailed them again on May 13, 29, and 25th about the same ticket number Voyager Response to ticket ******. On May 11 I sent them this request to remove a security feature because I lost my old phone which had 2 factor authentication app. I changed phone but kept my email phone number and remembered my passwords. I have not been able to access my investments accounts for over 2 weeks now and have not received any response se from voyager.

**Customer Response**                                          07/09/2021

Better Business Bureau:

At this time, **I have not been contacted by Voyager Digital, LLC** regarding complaint **ID** *********

Sincerely,
**** ********

**Customer Response**                                          07/09/2021

Better Business Bureau:

At this time, **I have not been contacted by Voyager Digital, LLC** regarding complaint **ID** *********

Sincerely,
**** ********

**Complaint Type:** Problems with Product/Service     **Status:** Unanswered

05/27/2021

Accidentally deposited when I tried to withdrawal. 13 business days later and I still don't have access to my funds that I would like to withdraw. It says "pending" which probably means they're too busy trading my money to give me access to it. From the

start, it said it would take 5-10 business days to clear. It cleared my bank account 5 days ago. 13 business days and still pending seems criminal to me.

**Complaint Type:** Problems with Product/Service     **Status:** Unanswered

05/27/2021

I tried to withdraw my BTC! 720.00 worth and move it to a different site! It was REJECTED insufficient funds and my account went to 0.00! This happened MAY 4th, 2021 I have sent in 6 tickets about this issue no reply. Other then the automated reply's! No one has answered my question! Can I please get the money back into my account I have missed out on so much money!

**Complaint Type:** Problems with Product/Service     **Status:** Unanswered

05/26/2021

I have been locked out of my account for almost a week now. I have thousands in there. They won't respond to me nor give me any help. There are hundreds if not thousands of us with the same issue.

**Complaint Type:** Problems with Product/Service     **Status:** Unanswered

05/25/2021

I have been trying to withdraw my usd from their app for over a week now. They send a confirmation code via text which I recieve and promptly enter in the highlighted field. The major issue is after you enter the code there is no way to proceed no confirm nothing you are stuck on the page with the code and no way to actually confirm the withdraw. I just want MY money that they have trapped in their absolutely flawed app.

**Complaint Type:** Problems with Product/Service     **Status:** Unanswered

05/24/2021

I'm trying to transfer funds from my account I have with them back to my bank account. It's not working. I e tried many times. I've twy tried to email them twice

account. It's not working. I'e tried many times. I've tyy try ied to email them twice. Nothing. I can see them tweeting everyday, they won't respond to my Twitter message. They have my money that I have no way of retrieving nor will they even bother to help me. The customer service is nonexistent. If you check their Twitter account you can read a bunch of other people complaining about various other reason this company is sketchy.

---

**Complaint Type:** Billing/Collection Issues          **Status:** Unanswered

05/24/2021

I have now put in not one but two tickets ****** on 5/8/2021 as well as ****** on 5/11/2021. Your app has shorted me $900 and due to connectivity issues over drew my bank account. Costing me $68 in fees for no reason. I have not heard from anyone at Voyager and this is simply unprofessional and extremely troubling. I want my account credited the $900 as well as the $68 in fees or I will start going to social media as well as to the business section of every news outlet in Chicago.

---

**Complaint Type:** Problems with Product/Service          **Status:** Unanswered

05/21/2021

I made a transfer of assets out of the Voyager platform on May 17th 2021, the transaction was never fulfilled by the company and still showing as pending. No explanation of any sort from the company and the customer service is fake, a computer creating "claim tickets" which are not resolved by anyone. My transaction ID is ***************************. So far I've seen several individuals with the same issue bringing it up through social media to trying making the company aware of it but no luck so far. On my specific transaction is worth more than $17,000, I want to be able to receive or recover my assets. I do not think is legal to hold customer's money at their will without an explanation of a problem.

---

**Complaint Type:** Problems with Product/Service          **Status:** Unanswered

05/20/2021

I have set up an account with voyager and invested with them. There has been an issue I have been trying to get resolved for several weeks and can't get voyager to respond to update my account. No one is responding via email or telephone. I am losing money due to the inability to manage my account. Voyager seems to be predatory and scandalous. I would like this issue corrected and someone contact me asap.

Privacy - Terms

**Complaint Type:** Billing/Collection Issues        **Status:** Unanswered

05/19/2021

Have sent multiple support request to Voyager for assistance and no response. Applied for a Voyager account using email *********************** and have been on waitlist for two months. Applied for another Voyager account using email ******************** and was accepted right away. I now need to swap the emails on file (change the Yahoo email to Gmail) Secondly, as of today 5/19/21 my app (associated with Yahoo email) says that I'm on waitlist yet I have already purchased assets and had pending limit purchase orders. Need immediate assistance to resolve this matter!!

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

05/17/2021

I transfered 600ADA (Cardano) into my Voyager Wallet. Despite confirmations on the blockchain that it transferred successfully, it never showed up. I've opened multiple support tickets starting on 5/5, with no answer. My support ticket numbers are: ******, ******* ******* ******* ******. I've given every piece of detail they need, I've done ALL the homework for them. I've posted on Twitter, still no response. What I did find out is there are a lot of people in the same boat as me. When I opened the ticket on 5/5, the value of Cardano was $1.66, today (5/15) it's at $2.34. I bought it at sub dollar prices. They causing me to lose money. This is a lot of money to me and I need it badly, this is why I transferred it to Voyager so I could sell it on their exchange. I also filed a FTC complaint, not sure what that will do. I attached my Voyager Wallet address and the blockchain confirmation, you'll see the 600ADA got sent to the right address. Anything you can do to help, thank you!

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

05/14/2021

On 4/28/2021 I withdrew the cryptocurrency ADA (100 total) from ********** and deposited it into the voyager app. ********** confirmed that the withdraw went through and the receiving voyager wallet address was correct. However, as of today this deposit is still not showing up on my account. I submitted a ticket for this issue on 4/29/2021 and still have not received any response from the company. I've tried reaching out on social media and have been ignored with no response. I've also sent emails and have gotten no response.

**Complaint Type:** Delivery Issues        **Status:** Unanswered

05/10/2021

I transferred 156.72 to Voyager APP however 100$ was shown + 56.72 but the 100 dollars was never available in my account. I was only able to purchase another $56.71 worth of BTT. Since the $100 dollars went missing I decided to transfer the money I already had in this account as well as the 56 dollars to my checking. I have

tried to contact this company multiple times in order to have them fix the issue with the lost 100 dollars but they do not respond to multiple requests.

**Customer Response**                                      06/21/2021

Better Business Bureau:
At this time, I have not been contacted by Voyager Digital, LLC regarding complaint ID
********.
This is the same problem I have been facing when opening up multiple support tickets

Support tickets created May 15, May 5, May 3 (******** ******** *******)

Sincerely, ***** ******

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

05/07/2021

I have around $20,000 US invested in the exchange in the form of various cryptocurrencies. Last week I received a new phone number and no longer have access to my old one which was used to setup a 2 step verification in order to access my account. I contacted the company as soon as this happened after a few days they asked me to provide a photo of my ID and the new number which I did. It has been over 3 days now and even after several emails no one from the company has reached out to me. This company being an exchange, makes it important for people to have access to their account in a timely manner. I have been losing over $200 per day and possibly more by not being able to sell or trade my assets. Please help.

**Complaint Type:** Problems with Product/Service        **Status:** Unanswered

05/07/2021

This is about crypto coin transaction. I have transferred 944.4 ADA from Phemex to Voyager. I have checked with Phemex, and they said that the transaction was successfully completed on April 15, 2021, and I should check with Voyager and

demand 944.4 ADA. I am sending the screenshot of this transaction. However, Voyager is not resolved this issue despite many requests to solve the issue. The transaction ID is *********************************************************. I want my 944.4 ADA from Voyager. Can you help me with this issue? Sincerely

**Complaint Type:** Billing/Collection Issues     **Status:** Unanswered

05/07/2021

I had a New Voyager Digital Crypto Currency Account under my Account email *************** *********** * ******** **** ********* ****** ************* ** ***** **** ************ and I attempted to make a $1,400 Deposit that a Returned ACH on 3-16-2021 and Voyager allowed me to Buy $1,400 of BBT Crypto Currency and showed my Account Negative $1413 which was fine and I read up on their site that all I had to do is make another Deposit to bring it from being Negative to Positive and continue to be able to use the Account. My 1st Deposit didn't clear due to a IRS Mistake while sending my Stimulus Check that was supposed to come that Day. On 4/14/2021 a ACH Withdraw to Voyager was Successfully done for the amount of $1,413 and after that Voyager Deactivated my Account. There was a $5 In Cash that Voyager took away when they put my Account at 1st In the Negative before this 2nd Deposit so I may have been $5 Short to Clear the Entire Account but Voyager doesn't answer my Tickets Emails and...

**Complaint Type:** Problems with Product/Service     **Status:** Unanswered

05/06/2021

I have used voyager app for couple of months but when i deposited around 500 dollers late jan they took 5000 from my account. I seen that they did that then i right away tried to take my money out but the app was down for 48 hrs the whole weekend and one i got on i lost alot of money. They also took 300 doller which i didnt even sign up for which i think it was autopay. I felt like i got scammed because moments right after i deposit it just shuts? Im willing to do anything i just want my deposit i made on that date back please. I dont want to use voyager app because it seemed like they are scamming ppl i swear i only wrote 500 then they take 5000moments after the app doesn't work. I tried contacting and they did not reply to me for months i submitted tickets every month to have this looked but no one is replying back. I just want my refund for the deposit i made after the last their app was down please get back to me my gmail is ********************    My number is ***********

**Complaint Type:** Delivery Issues     **Status:** Unanswered

05/05/2021

April 4 th I went to go into my Account with Voyager and it would not let me. It said my account was disabled. Never gave me any reason why. It said contact customer support so I emailed them. I have emailed them for maybe five times over the past month. No response. I also found their phone number and have left several messages. Still no response. I had over $2000.00 dollars in my account. And I want it back.

---

**Complaint Type:** Billing/Collection Issues          **Status:** Unanswered

05/03/2021

I am a verified Voyager user and I decided to trade a few months back using the application. For the past few weeks, I've had issues with my account preventing me from withdrawing any funds and/or linking any account. I have not yet received any communication from customer service regarding the issue nor have they replied to the numerus requests I put in. I have a PNC account, a Chime account and tried to link both to my voyager account but it states "error". I tried using my sisters Chase account, I waited 10 days after I put in the withdraw request and to my amusement after all that time, it stated rejected. I have dealt with many stock/crypto wallets and exchanges and this is by far one of the worst experiences that I've had. They let you deposit but when time for withdraw comes, they want to make it as complicated as possible. I've seen many reviews from other users with the same issue that I am having. I have $2174 in my account that I would like to withdraw.

---

**Complaint Type:** Problems with Product/Service          **Status:** Unanswered

05/03/2021

I tried to transfer $22,605 worth of ADA from my coinbase wallet to my voyager wallet on Friday April 30 at about 3:30 PST. I have triple checked the address and it matches. Coinbase says transfer is complete. However, voyager does not show the ADA nor does it show any transactions for this transfer!! I am not sure how to access my money and I need it back because that was 90% of my life savings. The business does not respond according to many people online on Twitter or Reddit. I have put in the transaction ID:
*********************************************************   Also, this was the address i sent it to and it matches exactly. I checked it 3 times:
*********************************************************

---

**Complaint Type:** Problems with Product/Service          **Status:** Unanswered

04/27/2021

On April 19,2021 I initiated a crypto transfer from my wallet on crypto.com to the new wallet on voyager I start a transfer of 10.3211 and was suppose to receive 10.3201

after the transfer fee the transaction hash is
*************************************************************** which has many
confirmations but yet to no avail I never recieved my crypto even after marking sure I
sent to the right wallet address in which case I did. I waited long enough after I
opened support tickets on voyager but no one answered with help or support they

haven't even gotten back to me yet but hold my crypto hostage as I see it's value
plummet below my ideal stop lose I lost 10% of my initial transfer value as LTC has
gone down all I want is my crypto to be deposit to my account so I can get to trading
with it. No company should be able to hold the deposit for so long after it was
deposited to the right address this defeated the purpose of crypto.

---

**Complaint Type:** Problems with Product/Service       **Status:** Unanswered

04/21/2021

Voyager is a cryptocurrency broker and is failing to meet their service level
agreements. Specifically as it relates to fiat-currency and cryptocurrency withdrawals
from their platform. They are effectively stealing customers money by refusing to
release customers funds upon request. They are instead keeping the funds to garner
interest on them, interest which does not legally belong to them. Their SLAs state
that fiat-currency withdrawals are to take between 5 and 10 business days to
complete and crypto-currency withdrawals are to take up to 24 hours to complete.
They are consistently breaking these SLAs, missing deadlines and they have no
customer support. No phone number, nothing. Automated robo-responses are
generated from their 'ticketing' system. There are hundreds of customers currently
dealing with this issue and someone needs to step in to resolve it and help us get
OUR money back.

---

**Load more**

---

## Contact Information

📍 33 Irving Pl Fl 3
   New York, NY 10003-2332

🌐 https://www.investvoyager.com/

✉ Email this Business

📞 (212) 547-8807

---

**BBB Rating & Accreditation**



# F

**THIS BUSINESS IS NOT BBB ACCREDITED**

Search for Accredited
Businesses in this category

**Years in Business:** 4

**Customer Reviews are not used in the calculation of BBB Rating**

Reasons for BBB Rating

---

## Customer Complaints Summary

174 total complaints in the last 3 years  of those, 171 complaints were closed in last 12 months

| Complaint Type | Total Closed |
|---|---|
| Advertising/Sales | 12 |
| Billing/Collections | 26 |
| Delivery Issues | 3 |
| Guarantee/Warranty | 5 |
| Problem with a Product or Service | 128 |
| **Totals** | 174 |

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any

time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

Privacy - Terms