UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24441-CIV-ALTONAGA/Torres

MARK CASSIDY, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

VOYAGER DIGITAL LTD, and VOYAGER
DIGITAL LLC,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** came before the Court upon the Expedited Motion for Leave to File a 15-Page Reply to Plaintiff's Response to the Motion to Compel Arbitration [ECF NO. __], filed on June 1, 2022 (the "Motion"). The Court has considered the Motion, noting that the Plaintiff takes no position with regard to the Motion, and is otherwise fully advised in the premises. Being fully advised, it is

**ORDERED AND ADJUDGED:**

1.    The Motion is **GRANTED**.

2.    Defendant Voyager Digital LLC may file a reply brief of up to fifteen (15) pages on or before June 6, 2022.

**DONE AND ORDERED** in Miami, Florida, this ___ day of June, 2022.

                                        _____
                                        **CECILIA M. ALTONAGA**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**

Copies furnished to:
All Counsel of Record