UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24441-CIV-ALTONAGA/Torres

**MARK CASSIDY**,

    Plaintiff,
v.

**VOYAGER DIGITAL LTD.**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, Voyager Digital, LLC's Expedited Motion for Leave to File a 15-Page Reply to Plaintiff's Response to the Motion to Compel Arbitration [ECF No. 62]. The Court has considered the Motion, noting that Plaintiff takes no position with regard to the Motion. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant Voyager Digital LLC may file a reply brief of up to fifteen (15) pages on or before **June 6, 2022**.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of June, 2022.

                                                          **CECILIA M. ALTONAGA**
                                                          **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record