UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-24441-CIV-ALTONAGA/Torres

MARK CASSIDY, on behalf of himself
and others similarly situated,

      Plaintiff,

v.

VOYAGER DIGITAL LTD, and
VOYAGER DIGITAL LLC

      Defendants.
_____/

### PLAINTIFF'S MOTION FOR CERTAIN COUNSEL TO APPEAR AT JUNE 14, 2022 HEARING VIA ZOOM

Plaintiff respectfully seeks leave for certain of his counsel to appear at the June 14, 2022 hearing on Defendants' motion to compel arbitration via Zoom. In support thereof, Plaintiff states:

1. The Court recently issued an order, setting a hearing on Defendants' motion to compel arbitration of Plaintiff's claims. [ECF No. 54], for Tuesday, June 14, 2022, at 9:00am. [ECF No. 61].

2. Adam Moskowitz will attend the hearing in person and will be arguing in opposition to Defendants' motion.

3. Certain of Plaintiff's counsel are currently located out of the state and wish to attend the hearing. In the interests of efficiency and cost-effectiveness, Plaintiff respectfully requests that the Court grant leave for counsel to attend via Zoom videoconference and enter an order with appropriate Zoom instructions.

4. A proposed order accompanies this motion as **Exhibit A**.

### CONCLUSION

**WHEREFORE**, Plaintiff respectfully requests the Court grant this motion allowing certain counsel to appear at the June 14, 2022 hearing via Zoom and enter an order with appropriate instructions in this regard.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

      Plaintiff's Counsel certifies they have conferred with Voyager's Counsel to discuss the motion in accordance with Local Rule 7.1(a)(3) in a good faith effort to resolve the motion and were informed by Voyager's counsel that "[w]e don't take any position on your request to the Court on this."

Dated: June 8, 2022                                    Respectfully submitted,

                                                     By: /s/ *Adam Moskowitz*
                                                     Adam M. Moskowitz
                                                     Florida Bar No. 984280
                                                     adam@moskowitz-law.com
                                                     Joseph M. Kaye
                                                     Florida Bar No. 117520
                                                     joseph@moskowitz-law.com
                                                     Barbara C. Lewis
                                                     barbara@moskowitz-law.com
                                                     Florida Bar No. 118114
                                                     **THE MOSKOWITZ LAW FIRM, PLLC**
                                                     2 Alhambra Plaza, Suite 601
                                                     Coral Gables, FL 33134
                                                     Telephone: (305) 740-1423

                                                     By: /s/ *Stuart Z. Grossman*
                                                     Stuart Z. Grossman
                                                     Florida Bar No. 156113
                                                     szg@grossmanroth.com
                                                     Rachel W. Furst
                                                     Florida Bar No. 45155
                                                     rwf@grossmanroth.com
                                                     Ryan J. Yaffa
                                                     Florida Bar No. 1026131
                                                     rjy@grossmanroth.com
                                                     **GROSSMAN ROTH YAFFA COHEN, P.A.**
                                                     2525 Ponce de Leon Blvd Ste 1150
                                                     Coral Gables, FL 33134
                                                     Office: 305-442-8666

                                                     *Co-Counsel for Plaintiff and the Class*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was filed on June 8, 2022, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ
Florida Bar No. 984280