**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 21-24441-CIV-ALTONAGA/Torres**

MARK CASSIDY, on behalf of himself
and others similarly situated,

      Plaintiff,

v.

VOYAGER DIGITAL LTD, and
VOYAGER DIGITAL LLC

      Defendants.
_____/

**[PROPOSED] ORDER GRANTING**
**PLAINTIFF'S MOTION FOR CERTAIN COUNSEL TO APPEAR AT JUNE 14, 2022**
**HEARING VIA ZOOM**

      THIS CAUSE came before the Court upon Plaintiff's Motion for Certain Counsel to Appear at June 14, 2022 Hearing via Zoom, [ECF No. __]. Having considered the documents submitted by the parties and the record, and being otherwise fully advised in the premises, it is

      **ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**. Counsel who will not be arguing the June 14, 2022 hearing may attend the hearing via Zoom videoconference at the following location:

    a. [ZOOM INSTRUCTIONS FOR THE COURT TO ENTER]

      DONE AND ORDERED in Miami, Florida, this ___ of June, 2022.


                    _____
                    **CECILIA M. ALTONAGA**
                    **CHIEF UNITED STATES DISTRICT JUDGE**


Copies furnished to:
Counsel of record