UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24441-CIV-ALTONAGA/Torres

**MARK CASSIDY**,

    Plaintiff,
v.

**VOYAGER DIGITAL LTD.**, *et al.*,

    Defendants.
_____/

# ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Certain Counsel to Appear at June 14, 2022 Hearing via Zoom [ECF No. 65]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Counsel who will not be arguing the June 14, 2022 hearing may attend the hearing via Zoom. Instructions for a Zoom meeting will be sent to the parties by email.

**DONE AND ORDERED** in Miami, Florida, this 8th day of June, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record