UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-24441-CIV-ALTONAGA/Torres

MARK CASSIDY, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

VOYAGER DIGITAL LTD, and
VOYAGER DIGITAL LLC

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING SUPPORTING RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION [ECF NO. 60]**

At the June 14, 2022 hearing on Voyager's Motion to Compel Arbitration, the Court asked Plaintiff's counsel whether it would be prudent to stay ruling on the motion pending resolution of *Abraham Bielski v. Coinbase, Inc.*, 22-15566 (9th Cir.), Coinbase's appeal of Judge Alsup's order denying its motion to compel and finding its arbitration provision unenforceable for the same reasons the Court should similarly rule as to Voyager's VUA here. In arguing that such a stay was not warranted here, Plaintiff's counsel advised the Court of the fact that one of Voyager's competitors, Celsius, had just that morning announced that it had halted all withdrawals, crypto swaps, and transfers between accounts.[1] Plaintiff's counsel expressed concern that, given the similarities in their function and operations, that Voyager would soon follow suit, and time was therefore of the essence in proceeding with this litigation expediently.

---

[1] https://www.cnn.com/2022/06/13/investing/bitcoin-price-celsius/index.html (last accessed July 1, 2022).

1

Today, Voyager sent the following email to its customers, notifying them that they were, in fact, following in Celsius's footsteps and decided to unilaterally halt all crypto trading and withdrawals from their platform:

> **VOYAGER**
>
> Voyagers,
>
> Today we made the difficult decision to temporarily suspend trading, deposits, withdrawals, and loyalty rewards. The app will be down for a short transition period. After that, you will still be able to view market data and track your portfolio, and you will receive rewards payments for the month of June.
>
> We understand the significant impact of this decision, which is why we tried hard to avoid it—including by securing a credit facility from Alameda Ventures and lowering daily withdrawal limits. But the failure of a borrower, Three Arrows Capital (3AC), to repay a substantial loan from us means this was the right path forward. Voyager is actively pursuing all available remedies for recovery from 3AC, including through the court-ordered liquidation process in the British Virgin Islands.
>
> As a result—while far from optimal—this decision gives us time to strengthen our balance sheet, a necessary condition to protect assets and preserve the future of the Voyager platform we have built together. We are exploring a number of options and hope to have more to share soon.
>
> More details can be found on our blog. We know it does not answer all of your questions, but we are working diligently to get you those answers and will continue to keep you updated.
>
> Regards,
> Team Voyager

Plaintiff simply wishes to advise the Court of these new developments, and that Plaintiff and his counsel are currently weighing all options that may be available to protect Plaintiff and all members of the putative classes, including potentially seeking the appointment of a receiver over Voyager Digital LLC to protect the Plaintiff's and Class Members' assets and to prevent their further misuse, as well as potentially asserting federal securities fraud claims against

Voyager, if and when Plaintiff and his counsel are appointed lead plaintiff and counsel pursuant to the PSLRA process.[2]

Dated: July 1, 2022   Respectfully submitted,

By: /s/ *Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
Barbara C. Lewis
barbara@moskowitz-law.com
Florida Bar No. 118114
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

By: /s/ *Stuart Z. Grossman*
Stuart Z. Grossman
Florida Bar No. 156113
szg@grossmanroth.com
Rachel W. Furst
Florida Bar No. 45155
rwf@grossmanroth.com
GROSSMAN ROTH YAFFA COHEN, P.A.
2525 Ponce de Leon Blvd Ste 1150
Coral Gables, FL 33134
Office: 305-442-8666

*Co-Counsel for Plaintiff and the Class*

---

[2] Plaintiff respectfully suggests this precarious financial condition of Voyager, which has put in jeopardy hundreds of millions of dollars belonging to hundreds of thousands of investors in Florida and throughout the United States, is the direct result of their unregulated and false promises.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was filed on July 1, 2022, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ
Florida Bar No. 984280