UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-24441-CIV-ALTONAGA/Torres

MARK CASSIDY, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

VOYAGER DIGITAL LTD. and
VOYAGER DIGITAL LLC,

    Defendants.
_____/

## SUGGESTION OF BANKRUPTCY AND NOTICE OF OPERATION OF THE AUTOMATIC STAY

PLEASE TAKE NOTICE that on July 5, 2022 (the "Petition Date"), Defendants Voyager Digital Ltd. and Voyager Digital LLC, and affiliate Voyager Digital Holdings, Inc. (collectively, the "Debtors"), each filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), which Chapter 11 cases are being jointly administered under case number 22-10943 (MEW) before the Honorable Michael E. Wiles in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). True and correct copies of the Debtors' petitions are annexed hereto as Exhibit A. The Debtors' bankruptcy cases have not been dismissed or stayed.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 362 of the Bankruptcy Code, the commencement of the Chapter 11 cases operates as a stay (the "Automatic Stay"), applicable to all of the Debtors, including, without limitation, Defendants Voyager Digital Ltd. and Voyager Digital LLC, of among other things: "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case

under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title." 11 U.S.C. § 362(a). Accordingly, this action is stayed by operation of law.

PLEASE TAKE FURTHER NOTICE that actions taken in violation of the Automatic Stay are void and may subject the person or entity taking such action to the imposition of sanctions by the Bankruptcy Court.

The filing of this Suggestion of Bankruptcy and Notice of Operation of the Automatic Stay is not and shall not be construed as a waiver by the Debtors, their estates or any statutory committee appointed in the Debtors' bankruptcy cases of any rights, claims, actions, defenses (including, without limitation, any jurisdictional defenses), setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated July 7, 2022            Respectfully submitted,

By: /s/ *Gavin C. Gaukroger*
Gavin C. Gaukroger
Florida Bar No. 76489
ggaukroger@bergersingerman.com
**BERGER SINGERMAN LLP**
201 East Las Olas Boulevard, Suite 1500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-9900

Kayvan B. Sadeghi (*admitted pro hac vice*)
ksadeghi@jenner.com
Jeremy Ershow (*admitted pro hac vice*)
jershow@jenner.com
Sara E. Cervantes (*admitted pro hac vice*)
scervantes@jenner.com
**JENNER & BLOCK LLP**
1155 Avenue of the Americas
New York, NY 10036-2711
Telephone: (212) 891-1600

*Counsel for Defendants*