**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-24441-CIV-ALTONAGA/Torres**

**MARK CASSIDY**,

      Plaintiff,

v.

**VOYAGER DIGITAL LTD.**, *et al.*,

      Defendants.

_____/

**<u>ORDER</u>**

**THIS CAUSE** came before the Court on the Defendants, Voyager Digital Ltd. and Voyager Digital LLC's Suggestion of Bankruptcy and Notice of Operation of the Automatic Stay [ECF No. 69], filed on July 7, 2022.  According to the Suggestion, Defendants each filed a Voluntary Petition seeking relief under Chapter 11 the United States Code in the United States Bankruptcy Court in the United States Bankruptcy Court for the Southern District of New York. (*See* Suggestion 1).   The cases are being administered jointly under Case No. 22-10943 (MEW) as of July 5, 2022.   (*See id.*).

The filing of a petition for bankruptcy "operates as a stay . . . of . . . the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code]."  11 U.S.C. § 362(a)(1) (alterations added); *accord Ellison v. Nw. Eng'g Co.*, 707 F.2d 1310, 1311 (11th Cir. 1983).

Accordingly, it is

**ORDERED AND ADJUDGED** that the case is **STAYED** and **ADMINISTRATIVELY CLOSED**.  All pending motions are **DENIED** as moot.   The case shall be restored to the active

CASE NO. 21-24441-CIV-ALTONAGA

docket upon Court order following motion of a party.

**DONE AND ORDERED** in Miami, Florida this 8th day of July, 2022.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2